UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60-WM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SCOTT JOSEPH TRADER,

    Defendant.
_____/

**DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL**

    The defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the U.S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

    The defendant requests that the U.S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters

relating to the defendant. Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

        Respectfully submitted,

        MICHAEL CARUSO
        FEDERAL PUBLIC DEFENDER

By:   *s/Fletcher Peacock*
      Fletcher Peacock
      Assistant Federal Public Defender
      Florida Bar No. 441996
      109 North Second Street
      Fort Pierce, Florida 34950
      Tel:  772-489-2123
      Fax: 772-489-3997
      E-Mail: Fletcher_Peacock@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on June 2, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        By: *s/Fletcher Peacock*, AFPD
           Fletcher Peacock

## SERVICE LIST

### UNITED STATES v. SCOTT JOSEPH TRADER
Case No. 17-60-WM
United States District Court, Southern District of Florida


**Fletcher Peacock**
**Fletcher_Peacock@fd.org**
**Assistant Federal Public Defender**
109 North Second Street
Fort Pierce, FL 34950
Tel: 772-489-2123
Fax: 772-489-3997
Attorney for ****
Notices of Electronic Filing


**Marton Gyires**
**marton.gyires@usdoj.gov**
**Assistant United States Attorney**
United States Attorney's Office
101 South U.S. Hwy 1, Suite 3100
Fort Pierce, Florida 34950
Tel:  772-293-0952
Fax: 772-595-3606
Notice of Electronic Filing