UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60-WM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SCOTT JOSEPH TRADER,

    Defendant.
_____/



FILED BY _____ D.C.

JUN 09 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## **PRETRIAL DETENTION ORDER**

After conducting a detention hearing on June 9, 2017, pursuant to the Bail Reform Act, 18 U.S.C. § 3142(f), the Court concludes that the facts and law require that Defendant, SCOTT JOSEPH TRADER, be detained pending trial.

### I.    **Findings of Fact**

Defendant is charged by Criminal Complaint with receiving and distributing material involving the sexual exploitation of minors, in violation of 18 U.S.C. § 2252(a)(2), and employing, using, persuading, inducing, enticing or coercing a minor to engage in sexually explicit activity for the purpose of producing any visual depiction of such conduct, in violation of 18 U.S.C. § 2251(a). If convicted of violating § 2252(a)(2), Defendant faces a mandatory minimum term of 5 years in prison up twenty years in prison, a mandatory minimum term of 5 years of supervised release up to a lifetime term of supervised release, and up to a $250,000 fine. If convicted of violating § 2251(a), Defendant faces a mandatory minimum term of fifteen years in prison up thirty years in prison, a mandatory minimum term of 5 years of supervised release up to a lifetime term of supervised release, and up to a $250,000 fine.

## II. Reasons for Detention

The Court takes judicial notice of the Criminal Complaint and the Pretrial Services Report. The Government moved for pretrial detention on the basis that Defendant is a serious risk of flight or nonappearance and a danger to the community. Defendant stipulated to detention. In light of the charges against Defendant, the information contained in the Criminal Complaint and the Pretrial Services Report, and the statutory rebuttable presumption that applies in this case, as well as Defendant's stipulation, the Court will order detention at this time based on a finding that Defendant poses a serious risk of flight or nonappearance and a danger to the community, with the understanding that Defendant may move for a full detention hearing at a subsequent date if he chooses to do so.

## III. Directions Regarding Detention

**ORDERED** that Defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. Defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver Defendant to the United States Marshal for the purpose of a court appearance.

**DONE and ORDERED** in West Palm Beach, Palm Beach County, in the Southern District of Florida, on this 9th day of June, 2017.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE