UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-14047-Cr-Middlebrooks/UnassignedMag

18 U.S.C. § 2422(b)
18 U.S.C. §§ 2252(a)(2) & (b)(1)
18 U.S.C. §§ 2252(a)(4)(B) & (b)(2)
18 U.S.C. §§ 2251(a) & (e)

UNITED STATES OF AMERICA,

v.

SCOTT JOSEPH TRADER,

Defendant.
_____/

FILED BY ___TM___
Deputy Clerk
Jun 13, 2017
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. West Palm Beach

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

From on or about May 15, 2017, through on or about May 31, 2017, in St. Lucie County, in the Southern District of Florida, and elsewhere, the defendant,

**SCOTT JOSEPH TRADER,**

using any facility and means of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce any individual who had not attained the age of eighteen years, that is, "Victim # 1," to engage in any sexual activity for which any person can be charged with a criminal offense under the law of Florida, in violation of Title 18, United States Code, Section 2422(b).

### COUNT TWO

On or about May 30, 2017, in St. Lucie County, in the Southern District of Florida, and elsewhere, the defendant,

**SCOTT JOSEPH TRADER,**

did knowingly distribute any visual depiction, using any means and facility of interstate and foreign commerce and that has been shipped and transported in interstate and foreign commerce by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such sexually explicit conduct; in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT THREE

On or about June 1, 2017, in St. Lucie County, in the Southern District of Florida, the defendant,

**SCOTT JOSEPH TRADER,**

did knowingly possess matter, that is, a Samsung SM-G920T smartphone, an LG G6 smartphone, a 16GB San Disk SD card, and a WD My Passport Ultra external hard drive, which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, by any means, including by computer, and which was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction having involved the use of minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that such visual depiction included a prepubescent minor and a minor who had not attained twelve (12) years of age.

## COUNT FOUR

From on or about September 30, 2015, through on or about May 31, 2017, in St. Lucie County, in the Southern District of Florida, and elsewhere, the defendant,

**SCOTT JOSEPH TRADER**,

did use, persuade, induce, entice and coerce, a minor, that is, "Victim # 2," to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, by any means; in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT FIVE

From on or about November 21, 2014 through on or about November 28, 2015, in St. Lucie County, in the Southern District of Florida, and elsewhere, the defendant,

**SCOTT JOSEPH TRADER**,

did use, persuade, induce, entice and coerce, a minor, that is, "Victim # 3," to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, by any means; in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## FORFEITURE

Upon conviction of any of the violations alleged in Counts 1 through 5 of this Indictment, the defendant, **SCOTT JOSEPH TRADER**, shall forfeit to the United States any visual depiction, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of the law;

any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including, but not limited to, the following:

    a) One (1) Samsung SM-G920T smartphone;
    b) One (1) LG G6 smartphone;
    c) One (1) 16GB San Disk SD card; and
    d) One (1) WD My Passport Ultra external hard drive.

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL

_____
FOREPERSON

_Stephen Carlton for_
BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

_____
MARTON GYIRES
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

SCOTT JOSEPH TRADER,

_____ Defendant. /

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Indictment Case Information:**

**Court Division:** (Select One)

___ Miami     ___ Key West
___ FTL       ___ WPB       _X_ FTP

New Defendant(s)           Yes ___ No ___
Number of New Defendants   ___
Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) _No_
   List language and/or dialect _____

4. This case will take __3-5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I    0 to 5 days       _X_               Petty     ___
   II   6 to 10 days      ___               Minor     ___
   III  11 to 20 days     ___               Misdem.   ___
   IV   21 to 60 days     ___               Felony    _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No) _Yes_
   If yes:
   Magistrate Case No.
   Related Miscellaneous numbers: _17-mj-00060-WM_
   Defendant(s) in federal custody as of _06/01/2017_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   ___ Yes   _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   ___ Yes   _X_ No

_____
MARTON GYIRES
ASSISTANT UNITED STATES ATTORNEY

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

CASE NO. _____

Defendant's Name: SCOTT JOSEPH TRADER

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Enticement of a minor to engage in sexual activity | 18:2422(b) | At least 10 years and up to life imprisonment<br>$250,000 fine<br>SR: at least 5 years up to life<br>$100 Special Assessment<br>$5,000 Special Assessment unless indigent |
| 2 | Distribution of material containing visual depictions of sexual exploitation of minors | 18: 2252(a)(2) & (b)(1) | At least 5 years and up to 20 years' imprisonment;<br>$250,000 fine;<br>SR: at least 5 years up to life;<br>$100 Special Assessment<br>$5,000 Special Assessment unless indigent |
| 3 | Possession of matter containing visual depictions of sexual exploitation of minors | 18: 2252(a)(4)(B) & (b)(2) | Up to 20 years' imprisonment<br>$250,000 fine;<br>SR: at least 5 years up to life<br>$100 Special Assessment<br>$5,000 Special Assessment unless indigent |
| 4 & 5 | Production of material containing visual depictions of sexual exploitation of minors | 18: 2251(a) & (e); | At least 15 years and up to 30 years' imprisonment;<br>$250,000 fine;<br>SR: at least 5 years up to life;<br>$100 Special Assessment<br>$5,000 Special Assessment unless indigent |