UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**FORT PIERCE DIVISION**

CASE NO. 17-14047-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

SCOTT JOSEPH TRADER,

       Defendant(s).
_____/

### ORDER SETTING JURY TRIAL

IT ORDERED that the above-entitled cause is hereby set for Trial before the Honorable Donald M. Middlebrooks, United States District Judge, at United States Courthouse, Courtroom 4008, 101 South U.S. Highway One, ***Fort Pierce, Florida***, during the two-week period **commencing August 21, 2017 at 9:00 am,** or as soon thereafter as the case may be called.

PLEASE TAKE FURTHER NOTICE that a **Telephonic Calendar Call/Status Conference** will be held on **August 16, 2017 at 10:00 am. All counsel shall appear via telephone.** The Parties shall coordinate the conference call and provide the Court with call-in instructions (middlebrooks@flsd.uscourts.gov) 48 hours prior to the calendar call/status conference. At the request of the parties, the Court will entertain a change of plea at the calendar call/status conference or refer the plea hearing to Magistrate Judge Lynch. **PLEASE NOTE: Qualification for Acceptance of Responsibility is jeopardized if an intention to enter a plea of guilty is not announced at or before the status conference noted above.** *see United States Sentencing Commission Guidelines Manual, §3E1.1 application notes 1(h) and 6 ("[to] qualify under subsection (b)(2) the defendant must have notified authorities of his*

*intention to enter a plea of guilty at a sufficiently early point in the process so that the government may avoid preparing for trial and the court may schedule its calendar efficiently.").*

1. All requests for Writs Ad Testificandum <u>must</u> be filed not later than fourteen (14) business days prior to the first day of the scheduled trial period to insure adequate time for processing.

2. On the first day of trial, counsel shall prepare and submit to the Court proposed jury instructions with the substantive charges and defenses. Counsel shall also e-mail a copy of the instructions in <u>Word format</u> to the Court's e-file address at middlebrooks@flsd.uscourts.gov. To the extent these instructions are based upon the Eleventh Circuit Pattern Jury Instructions, counsel shall indicate the appropriate Eleventh Circuit Pattern Jury Instruction upon which their instruction is modeled.

3. All responses to the Standing Discovery Order and/or Local Rule 88.10 <u>shall</u> be provided timely. Noncompliance may result in sanctions. Fed. R. Evid. 404(b) notices <u>shall</u> include a specific factual basis for the evidence sought to be introduced.

4. Initial and Supplemental discovery responses provided "out-of-time" shall include a statement in the first paragraph of the response explaining why Criminal Discovery was not complied with in a timely fashion.

5. No later than the beginning of the government's case-in-chief, counsel for the government shall present a list of proposed witnesses and/or exhibits. Counsel for the defendant(s) shall provide a list of proposed witnesses and/or exhibits at the beginning of the defense case-in-chief or if evidence is submitted during the government's case, at such time evidence is first offered. All exhibits offered into evidence must be pre-labeled in accordance with the proposed exhibit list. Exhibit labels shall include the case number. The Parties exhibit

list should be prepared using the Administrative Office's form 187 (AO-187). The Parties are responsible for complying with the Southern District of Florida's Administrative Order 2016-70, which was entered on November 22, 2016, concerning the electronic submission of admitted exhibits.[1] Counsel shall also submit to the Court in writing any motions in limine regarding trial issues at the **Calendar Call/Status Conference.**

6. Counsel are instructed that arrangements for appropriate clothing for Defendants in custody must be made with the Bureau of Prisons at least **seven (7) days** prior to the scheduled trial date.

7. Counsel are further instructed to notify the Court, if an interpreter is required, at least 24 hours prior to any hearing or trial.

8. Any attorney seeking exoneration of a cash bond shall obtain a copy of the form entitled "Motion for Disbursement of Bond" from the clerk of court or file the appropriate motion.

9. If either party seeks to introduce transcript(s) at trial, the moving party shall present a copy to all counsel not less than ten (10) days prior to the scheduled trial date. If a transcript cannot be agreed upon, each party shall produce their own version of the transcript for presentation to the trier of fact. Government counsel shall notify the case agent/client agency of this requirement.

10. Counsel shall reduce all stipulations to writing prior to trial.

11. **All motions shall be accompanied by a written statement certifying that counsel for the moving party has conferred with opposing counsel in a good faith effort to resolve by agreement the subject matter of the motion as required by Local Rule 88.9**.

---

[1] Note that any exhibits admitted during a hearing are also required to be filed electronically on the docket after the hearing. See Administrative Order 2016-70.

12. If defense counsel anticipates that sentencing hearing will take more than thirty (30) minutes, the courtroom deputy clerk shall be advised not later than five (5) days prior to the hearing.

13. Any defense counsel who has or will represent witnesses, co-defendants, targets, or subjects in this or any other related criminal case shall notify the Court immediately so that a Garcia Hearing can be scheduled to resolve any potential or actual conflicts of interest. It is the desire of the court that all Garcia Hearings be conducted as close to the time of arraignment as possible.

14. **CM/ECF PROCEDURES:**

**COURTESY COPIES**: Notwithstanding the implementation of CM/ECF, all parties shall deliver a courtesy copy to the Intake Section of the Clerk's Office on all dispositive motions and/or motions exceeding twenty-five pages. This copy shall be bound and any Attachments and/or Appendices must be indexed with tabs.

**PROPOSED ORDERS**: Pursuant to the CM/ECF Administrative Procedures, counsel shall send a proposed order in **Word format** for **ALL** non-dispositive motions directly to Middlebrooks@flsd.uscourts.gov.

DONE AND ORDERED at West Palm Beach, Florida, this 16th day of June, 2017.

Donald M. Middlebrooks
United States District Judge

cc: All Counsel of Record