UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-14047-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

SCOTT JOSEPH TRADER,

      Defendant.

_____/

## MOTION FOR CONTINUANCE

The defendant Scott Trader, through counsel, requests that the Court continue trial upon the following grounds:

1.      Trial is presently set for the two week period beginning August 21, 2017. There have been no previous continuances.

2.      Mr. Trader was arraigned on June 15, 2017.  By the undersigned's calculations, 54 days of Speedy Trial time have elapsed.

3.      Mr. Trader is charged with several offenses involving allegations of enticement of minors to engage in sexually explicit conduct and with the production of visual depictions of minors engaged in sexually explicit conduct.  If convicted, he faces a minimum of 15 years in prison and a maximum of life imprisonment.  Mr. Trader's presumptive sentencing guidelines range is life.

4.      Discovery in this case is extensive.  On July 18, 2017, the parties held a discovery conference.  At that time the case agent had not yet completed his

forensic analysis of the computer media seized in this case.  The agent indicated that he still had a large amount of material to analyze.  To date, the forensic analysis has not been completed and the undersigned does not yet have a computer forensic report.  The defense would like to have sufficient time to receive the forensic report and consult with a defense expert prior to trial regarding any possible pretrial or trial defenses.

5.      From discussions with the government, it is anticipated that a superseding indictment will be sought.  It is also anticipated that the superseding indictment will contain new substantive charges and time periods not contained in the present indictment.

6.      The government has no objection to the requested continuance.

7.      The undersigned has thoroughly discussed the right to Speedy Trial with Mr. Trader and Mr. Trader understands and agrees that any period of continuance granted as a result of this motion is excludable time under the Speedy trial Act.

WHEREFORE the defendant requests that the Court continue trial in this case for an additional 30 days.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By:    *s/Fletcher Peacock*
Fletcher Peacock
Assistant Federal Public Defender
Florida Bar No. 441996
109 North Second Street
Fort Pierce, Florida 34950
Tel: 772-489-2123
Fax: 772-489-3997
E-Mail: Fletcher_Peacock@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on August 7, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  *s/Fletcher Peacock,* AFPD
Fletcher Peacock

3

<u>**SERVICE LIST**</u>

**UNITED STATES v. SCOTT JOSEPH TRADER**
**Case No. 17-14047-CR-MIDDLEBROOKS**
**United States District Court, Southern District of Florida**


**Fletcher Peacock**
**Fletcher_Peacock@fd.org**
**Assistant Federal Public Defender**
109 North Second Street
Fort Pierce, FL 34950
Tel: 772-489-2123
Fax: 772-489-3997
Attorney for Trader
Notices of Electronic Filing


**Marton Gyires**
**marton.gyires@usdoj.gov**
**Assistant United States Attorney**
United States Attorney's Office
101 South U.S. Hwy 1, Suite 3100
Fort Pierce, Florida 34950
Tel:  772-293-0952
Fax: 772-595-3606
Notice of Electronic Filing