UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-14047-CR MIDDLEBROOKS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

SCOTT JOSEPH TRADER,
    Defendant(s)
_____/

### ORDER CONTINUING TRIAL

**THIS CAUSE** comes before the Court pursuant to Defendant's Motion for Continuance (**D.E. 11**). Due to the representation of counsel that more time is needed to review the discovery and the government indicating they will be filing a superseding indictment, the motion is hereby **GRANTED. Trial is scheduled to begin on Monday, October 2, 2017 at 9:30 am before the Honorable Jose E. Martinez in Fort Pierce. The deadline for timely acceptance of responsibility is extended to September 5, 2017 by 3:00 pm.** Counsel shall notify Judge Middlebrooks' Chambers and the Government by 3:00 pm on September 5, 2017 if Defendant will be changing his plea. For the reasons stated, the Court finds that the interests of justice outweigh the demands of the Speedy Trial Act. Therefore, it is

**ORDERED AND ADJUDGED** that the time between August 7, 2017 and October 2, 2017 is hereby excluded from Speedy Trial Act calculations.

**DONE AND ORDERED** at West Palm Beach, Florida, this 9th day of August, 2017.

Donald M. Middlebrooks
United States District Judge

cc:    Counsel of Record