UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

CASE NO: 17-14047-CR-MIDDLEBROOKS/MAYNARD

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

SCOTT JOSEPH TRADER,
    Defendant(s).
_____/

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. c 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, this matter is hereby referred to United States Magistrate Judge Shaniek M. Maynard for a Change of Plea hearing. Should the plea not take place before Judge Maynard, the parties are reminded that trial is scheduled to begin on Monday, October 2, 2017. **Sentencing will be held on Thursday, November 30, 2017 at 11:00 a.m. in West Palm Beach.**

**DONE AND ORDERED** in Chambers at the United States District Courthouse, West Palm Beach, Florida, this 26th day of September, 2017.

                              Donald M. Middlebrooks
                              United States District Judge

cc:    U.S. Magistrate Judge Shaniek M. Maynard
       Counsel of Record