**United States District Court**
**Southern District of Florida**
# U.S. MAGISTRATE JUDGE SHANIEK MAYNARD
Minute Order- Fort Pierce Division

*No Interpreter Req'd*

| | | | |
|---|---|---|---|
| **DEFT:** | SCOTT JOSEPH TRADER (J) | **CASE NO:** | 17-14047-CR-MIDDLEBROOKS |
| **AUSA:** | Marton Gyires *present* | **ATTORNEY:** | AFPD Fletcher Peacock *present* |
| **AGENT:** | Brian Ray, HSI *present* | **VIOL:** | 18:2252(a)(2) and (b)(1) |
| **PROCEEDING:** | Change of Plea | **BOND SET:** | PTD |

☐ Surrender and/or do not obtain passports/travel documents
☐ Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person
☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment.
☐ Maintain or seek full-time employment/education.
☐ No contact with victims/witnesses.
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments.
☐ Home confinement/Electronic Monitoring and/or Curfew: _____ pm to _____ am, paid by: _____
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to: _____
☐ Other:

*Deft present with court appointed counsel, AFPD Fletcher Peacock*

*Deft sworn and testimony taken re: change of plea*

*Both Deft and Defense counsel accept the Government's essential elements and approve the written Factual Basis for the change of plea (signed by all parties)*

*Deft pleads guilty as to Counts 1,2,3,4 and 5 of the Indictment*

*Court to issue Report and Recommendation adjudging Deft guilty as to Counts 1,2,3,4 and 5 of the Indictment*

*Final sentencing date set 11/30/17 at 11:00 a.m. before Judge Middlebrooks at the Federal Courthouse in West Palm Beach*

*Deft to remain in custody*

**DISPOSITION:** Plea
**NEXT COURT APPEARANCE:**   **DATE:**   **TIME:**   **JUDGE:**   **PLACE:**

INQUIRY RE COUNSEL:

PTD/BOND HEARING:

IDENTITY/REMOVAL HRNG:

STATUS CONFERENCE SET:

DATE: 9/29/17 START TIME: 10:00 A.M. Time in Court: 45   Minutes   (DAR: 10.29.17 to 11.06.32 Recall 11.35.05   FTP-FJL/4074)