UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:   17-14047-CR-MIDDLEBROOKS/MAYNARD

**UNITED STATES OF AMERICA,**
     **Plaintiff,**

Vs.

**SCOTT JOSEPH TRADER,**
Reg No: 16118-104,                           NOTICE OF SENTENCING DATE
     **Defendant.**

_____/

TO:   DEFENSE COUNSEL AND U.S. ATTORNEY'S OFFICE

       By the direction of **HONORABLE DONALD M. MIDDLEBROOKS**, United States District Judge, **YOU ARE HEREBY ORDERED** to appear at the District Court for the Southern District of Florida on **THURSDAY, NOVEMBER 30, 2017 AT 11:00 A.M., for imposition of sentence. On that date, report to: Paul G. Rogers Federal Building and United States Courthouse, 701 Clematis Street, 2nd Floor, West Palm Beach, Florida 33401 where sentence will be imposed. You will receive no further notice.**

**PLEASE NOTIFY IMMEDIATELY THE COURTROOM DEPUTY FOR THE ASSIGNED DISTRICT COURT JUDGE IF EXTRAORDINARY TIME IS REQUIRED.**

       If the above-named defendant has executed a bond with this Court, let this notice advise the defendant that failure to appear as directed herein could result in his/her being charged with violation of Comprehensive Crime Control Act (Title 18 U.S.C. Section 3146).
       **IT IS FURTHER ORDERED** a Presentence Investigation Report will be completed.  DEFENSE COUNSEL (AND THE DEFENDANT, IF ON BOND) ARE TO REPORT THIS DATE TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTION AT 101 SOUTH U.S. HIGHWAY ONE, ROOM #1094, FORT PIERCE, FLORIDA 34950.
       **IT IS FURTHER ORDERED** that the U.S. Attorney's Office immediately provide the U.S. Probation Department the necessary information to prepare the Prosecution Section of the Presentence Report.

                                        STEVEN M. LARIMORE
                                        Clerk of Court·Court Administrator

                                        By: *Colette Griffin-Arnold*
                                             Deputy Clerk

DATE:     September 29, 2017
COUNSEL:  AFPD Fletcher Peacock          **No Interpreter Req'd**
DEFENDANT RECEIVED COPY IN OPEN COURT

| | | | | |
|---|---|---|---|---|
| **GUILTY PLEA**  X | **BOND** | ☐ | **TO COUNT(S)** | 1,2,3,4 and 5 |
| **TRIAL** ☐ | **FEDERAL CUSTODY** | ☐ | **TO TOTAL COUNT(S)** | Five |
| **NOLO PLEA** ☐ | **STATE CUSTODY** | ☐ | **ASST. US ATTY:** | Marton Gyires |
| | **U.S.M. CUSTODY** | X | | |