UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CR-14047-MIDDLEBROOKS/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SCOTT JOSEPH TRADER,

    Defendant.
_____/

FILED by _____ D.C.

OCT 02 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

### REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** comes before this Court upon an Order of Reference from the District Court for this Court to conduct a proceeding for acceptance of a guilty plea by the Defendant in the above referenced case. Having conducted a change of plea hearing on September 29, 2017, this Court recommends to the District Court as follows:

    1.    On September 29, 2017, this Court convened a hearing to permit the Defendant to change his plea in this criminal case. At the hearing's outset, this Court advised the Defendant of his right to have the District Judge assigned to this case conduct this proceeding. This Court advised the Defendant that it was conducting the Change of Plea Hearing at the request of the Defendant, the Defendant's attorney, and the Assistant United States Attorney assigned to this case. This Court advised the Defendant that the District Judge assigned to this case will be the sentencing judge, will make all findings and rulings concerning the Defendant's sentence, and will schedule and conduct the Sentencing Hearing.

    2.    This Court advised the Defendant that he did not have to permit the undersigned United States Magistrate Judge to conduct this hearing but could request a United States District Judge to conduct the Change of Plea hearing instead. The Defendant, the Defendant's attorney, and

the Assistant United States Attorney assigned to the case all agreed on the record and consented to this Court conducting the Change of Plea hearing.

3. This Court conducted the plea colloquy in accordance with the outline set forth in the Bench Book for District Judges.

4. There is a written Plea Agreement which has been entered into by the parties in this case. This Court reviewed that Plea Agreement on the record and had the Defendant acknowledge that he signed the Plea Agreement. This Court reviewed with the Defendant the possible maximum sentence as set forth in the Plea Agreement. This Court also reviewed with the Defendant the mandatory minimum penalties applicable in this case. The Defendant acknowledged that he understood the charges against him, the possible maximum penalties, and the mandatory minimum penalties that could be imposed in this case.

5. The Defendant pled guilty to all five counts of the Indictment. Count One charges him with enticement of a minor to engage in sexual activity in violation of Title 18, United States Code, Section 2422(b). Count Two charges him with distribution of material containing visual depictions of sexual exploitation of minors in violation of Title 18, United States Code, Sections 2252(a) and (b)(1). Count Three charges him with possession of matter containing visual depictions of sexual exploitation of minors in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2). Counts Four and Five charge him with production of material containing visual depictions of sexual exploitation of minors in violation of Title 18, United States Code, Sections 2251(a) and (e).

6. The Plea Agreement contains a conditional plea provision under Federal Rule of Criminal Procedure 11(a)(2). In that provision, both parties agree to Defendant reserving his right to appeal the District Court's Order [D.E. 15] denying Defendant's motion to suppress [D.E. 13].

This Court reviewed the conditional nature of the plea with Defendant, who acknowledged that he understood. This Court approved the conditional nature of the plea on the record.

7. The Plea Agreement contains a provision regarding restitution, which the undersigned reviewed with the Defendant. The Defendant acknowledged his understanding that restitution is mandatory and the amount will be determined by the District Court at sentencing or in a separate hearing.

8. The Plea Agreement contains a forfeiture provision, which was reviewed with the Defendant. The Defendant acknowledged that he is voluntarily abandoning to law enforcement all right, title and interest in the property described in the Plea Agreement.

9. The Plea Agreement contains a provision regarding sex offender requirements, which the undersigned reviewed with the Defendant. The Defendant acknowledged his understanding that he will be required to register as a sex offender upon release from prison, and will be subject to federal and state sex offender registration requirements.

10. The parties submitted a written Stipulation of Facts and Acknowledgement of Offense Elements in Support of Guilty Plea, which was signed by counsel for the government, counsel for the Defendant, and the Defendant. The Defendant acknowledged that he has read the Stipulation and discussed it with his attorney. The Defendant further acknowledged that he completely understands the Stipulation and agreed that it accurately sets forth the facts in his case as he understands them to be. This Court finds that the Stipulation sets forth all of the essential elements of the crimes to which the Defendant is pleading guilty as well as any sentencing enhancements and/or aggravating factors that may be applicable. Counsel for the government and counsel for the Defendant agreed that the Stipulation need not be read into the record since the

original has been signed by all parties, including the Defendant, and the original would be filed with the Court.

11. Based on the foregoing and the plea colloquy that this Court conducted, this Court recommends to the District Court that the Defendant be found to have freely and voluntarily entered his guilty plea to Counts One, Two, Three, Four, and Five, and that the Defendant be adjudicated guilty of the offenses.

12. The United States Probation Office will conduct a pre-sentence investigation and will issue a report for sentencing purposes. This Court notes that the Sentencing Hearing is set for **Thursday, November 30, 2017 at 11:00 a.m. before District Judge Donald M. Middlebrooks at the United States District Courthouse, 701 Clematis Street, 2nd Floor, West Palm Beach, Florida.**

**ACCORDINGLY,** this Court recommends to the District Court that the Defendant's conditional plea of guilty to Counts One, Two, Three, Four, and Five of the Indictment be accepted; that the Defendant be adjudicated guilty of the offenses to which he pleads guilty; and that a sentencing hearing be conducted for final disposition of this case.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Donald M. Middlebrooks, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure Rule 59(b)(2), failure to file a timely objection to this Report and Recommendation waives the party's right to review, and it bars the party from attacking on appeal any legal rulings or fact findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 2nd day of October, 2017.

_____
SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Donald M. Middlebrooks
Marton Gyires, AUSA
Fletcher Peacock, AFPD
U.S. Probation
U.S. Marshal