UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-14047-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

SCOTT JOSEPH TRADER

       Defendant.

_____/

<u>UNITED STATES' MOTION FOR ORDER OF FORFEITURE</u>

       Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney, moves this Honorable Court to enter an order of forfeiture in the above-styled cause. As grounds therefore, plaintiff would state as follows:

       1.   On June 13, 2017, a federal grand jury sitting in the Southern District of Florida returned an Indictment against the defendant Scott Trader, charging him with violations of 18 U.S.C. §§ 2422(b), 2252(a)(2), (b)(1), (a)(4)(B) and (b)(2), and 2251(a) & (e).

       2.   The Indictment further sought the forfeiture pursuant to 18 U.S.C. § 2253 of a visual depiction, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of the law; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; or any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

       3.   On September 29, 2017, the defendant Scott Trader entered a plea of guilty to Counts One through Five of the Indictment which charged the defendant in Count One with enticement of

a minor to engage in sexual activity, in violation of 18 U.S.C. § 2422(b), in Count Two with distribution of material containing visual depictions of sexual exploitation of minors, in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1), in Count Three with possession of matter containing visual depictions of sexual exploitation of minors, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2), and in Counts Four and Five with production of material containing visual depictions of sexual exploitation of minors, in violation of 18 U.S.C. § 2251(a) & (e) .

4.    Pursuant to the plea and plea agreement, the defendant Scott Trader has also agreed to forfeit the following to the United States:

    a.  One (1) Samsung SM-G920T smartphone;
    b.  One (1) LG G6 smartphone;
    c.  One (1) 16GB San Disk SD card;
    d.  One (1) WD My Passport Ultra external hard drive;
    e.  One (1) Samsung SGH-T999 smartphone; and
    f.  Nine (9) media storage cards, consisting of two SD cards, four micro SD cards, and three SIM cards.
    g.  One (1) Toshiba C655D-S5202 Laptop Computer.

5.   The Court's jurisdiction in this matter is founded upon 18 U.S.C. §2253.  Title 18, United States Code, Section 2253 provides in part:

> A person who is convicted of an offense under this chapter involving a visual depiction described in section 2251, 2251A, 2252, 2252A or 2260 of this chapter... shall forfeit to the United States, such person's interest in-...
>
> (1) a visual depiction..., or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;...
>
> (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

6.   Title 18, United States Code, Section 2253(b) incorporates the provisions of 21 U.S.C. § 853, except for subsections a and d.

2

7. Pursuant to the procedures of 21 U.S.C. § 853(g) the court shall:

> Upon entry of an order of forfeiture under this section, the court shall authorize the Attorney General to seize all property ordered forfeited upon such terms and conditions as the court shall deem proper. Following entry of an order declaring the property forfeited, the court may, upon application of the United States, enter such appropriate restraining orders or injunctions, require the execution of satisfactory performance bonds, appoint receivers, conservators, appraisers, accountants, or trustees, or take any other action to protect the interest of the United States in the property ordered forfeited. Any income accruing to or derived from property ordered forfeited under this section may be used to offset ordinary and necessary expenses to the property which are required by law, or which are necessary to protect the interests of the United States or third parties.

8. Additionally, Fed. R. Crim. P. 32.2(b)(1) and (2) provide in pertinent part that:

> (1) **Forfeiture Phase of the Trial.**
> **(A) Forfeiture Determinations.** As soon as practical after a verdict or finding of guilty, or after a plea of guilty or nolo contendere is accepted, on any count in an indictment or information regarding which criminal forfeiture is sought, the court must determine what property is subject to forfeiture under the applicable statute. If the government seeks forfeiture of specific property, the court must determine whether the government has established the requisite nexus between the property and the offense. If the government seeks a personal money judgment, the court must determine the amount of money that the defendant will be ordered to pay.
> **(B) Evidence and Hearing.** The court's determination may be based on evidence already in the record, including any written plea agreement, and on any additional evidence or information submitted by the parties and accepted by the court as relevant and reliable...
> (2) **Preliminary Order**.
> **(A) Contents of a Specific Order.** If the court finds that property is subject to forfeiture, it must promptly enter a preliminary order of forfeiture setting forth the amount of any money judgment, directing the forfeiture of specific property, and directing the forfeiture of any substitute property if the government has met the statutory criteria. The court must enter the order without regard to any third party's interest in the property. Determining whether a third party has such an interest must be deferred until any third party files a claim in an ancillary proceeding under Rule 32.2(c).

3

The entry of the order of forfeiture authorizes the Attorney General to seize the property subject to forfeiture, to conduct any discovery that the court considers proper to help identify, locate, or dispose of the property, and to begin proceedings consistent with any statutory requirements pertaining to ancillary hearings and the rights of third parties.  Fed. R. Crim. P. 32.2(b)(3).

9.   Based upon the plea and the defendant's agreement to forfeit, and pursuant to 18 U.S.C. § 2253 and the procedures set forth in Fed. R. Crim. P. 32.2(b), the United States requests that the Court enter the attached proposed preliminary order of forfeiture.

### CONCLUSION

The United States requests the entry of the attached proposed Preliminary Order of Forfeiture pursuant to 18 U.S.C. §2253.

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

BY:   s/Antonia J. Barnes
ANTONIA J. BARNES (Fl Bar No 261777)
Assistant U.S. Attorney
Antonia.Barnes@usdoj.gov
United States Attorney's Office
500 S. Australian Avenue, Ste. 400
West Palm Beach, Fl. 33401-6235
Telephone: (561) 820-8711
Facsimile: (561) 655-9785
Attorney for United States

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by CM/ECF on October 10, 2016, on all counsel or parties of record on the Service List below.

s/Antonia J. Barnes
ANTONIA J. BARNES

4

SERVICE LIST

United States v. Scott Joseph Trader
Case No. 17-14047-CR-MIDDLEBROOKS
United States District Court, Southern District of Florida

Antonia J. Barnes
Assistant U.S. Attorney
Antonia.Barnes@usdoj.gov
U.S. Attorney's Office
500 S. Australian Ave., Ste. 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 655-9785
Attorney for Plaintiff United States
[Service via CM/ECF]

Marton Gyires
Assistant U.S. Attorney
Marton.gyires@usdoj.gov
U.S. Attorney's Office
101 South U.S. Hwy. 1, Ste. 3100
Fort Pierce, FL 34950
Telephone: (772) 293-0952
Facsimile: (772) 595-3606
Attorney for Plaintiff United States
[Service via CM/ECF]

R. Fletcher Peacock
Assistant Federal Public Defender
fletcher_peacock@fd.org
Federal Public Defender's Office
109 North 2nd Street
Fort Pierce, FL 34950
Telephone: (772) 489-2123
Facsimile: (772) 489-3997
Attorney for Defendant Scott Joseph Trader
[Service via CM/ECF]