UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-14047-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SCOTT JOSEPH TRADER

    Defendant.
_____/

## PRELIMINARY ORDER OF FORFEITURE

This matter came before the Court on motion of the United States to enter a preliminary order of forfeiture. Being fully advised in the premises, the Court finds as follows:

1. In the Indictment in the above case, the United States sought forfeiture of property of defendant Scott Trader, that is a visual depiction, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of the law, and any property, real or personal, used or intended to be used to commit or to promote the commission of a violation of 18 U.S.C. §§ 2252(a)(2), (b)(1), (a)(4)(B) and (b)(2), and 2251 (a) & (e).

2. The defendant Scott Trader pled guilty to Counts One through Five of the Indictment. The defendant agreed to forfeit his interest in the following pursuant to 18 U.S.C. § 2253, based on the charges in counts Two through Five:

    a. One (1) Samsung SM-G920T smartphone;
    b. One (1) LG G6 smartphone;
    c. One (1) 16GB San Disk SD card;
    d. One (1) WD My Passport Ultra external hard drive;
    e. One (1) Samsung SGH-T999 smartphone; and
    f. Nine (9) media storage cards, consisting of two SD cards, four micro SD cards, and three SIM cards.
    g. One (1) Toshiba C655D-S5202 Laptop Computer.

3. Based upon the defendant's guilty plea and agreement to forfeit in this case, the property is subject to forfeiture pursuant to 18 U.S.C. § 2253 and Fed.R.Crim.P. 32.2(b), and the United States has established the requisite nexus between the property listed below and the offenses to which the defendant has pled guilty.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. Pursuant to 18 U.S.C. § 2253, the following is hereby forfeited to the United States:

   a. One (1) Samsung SM-G920T smartphone;
   b. One (1) LG G6 smartphone;
   c. One (1) 16GB San Disk SD card;
   d. One (1) WD My Passport Ultra external hard drive;
   e. One (1) Samsung SGH-T999 smartphone; and
   f. Nine (9) media storage cards, consisting of two SD cards, four micro SD cards, and three SIM cards.
   g. One (1) Toshiba C655D-S5202 Laptop Computer.

2. All right, title, claim and interest of the defendant Scott Trader in the property listed in paragraph 1 is hereby vested in the United States of America.

3. The Department of Homeland Security Investigations, Immigration and Customs Enforcement, or any duly authorized law enforcement official, shall, as soon as practicable, seize and take custody of the property listed in paragraph 1.

4. The United States is further authorized, pursuant to 21 U.S.C. § 853(m) and Rule 32.2(c)(1), to conduct any discovery necessary, including depositions, to identify, locate, or dispose of the property ordered forfeited herein or in order to expedite ancillary proceedings related to any third party petition claims filed with respect to the forfeited property.

5. The United States shall provide notice in accordance with Federal Rule of Criminal Procedure 32.2(b)(6)(A) and (D).

6. The United States shall publish notice of this Order in accordance with Federal Rule of Criminal Procedure 32.2(b)(6).

7. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253, and the procedures set forth in 21 U.S.C. § 853(n), in which all interests will be addressed.

8. Pursuant to Rule 32.2(b)(4), this order shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 20 day of October, 2017.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Antonia J. Barnes, AUSA
    Marton Gyires, AUSA
    Fletcher Peacock, AFPD

## SERVICE LIST

United States v. Scott Joseph Trader
Case No. 17-14047-CR-MIDDLEBROOKS
United States District Court, Southern District of Florida

Antonia J. Barnes
Assistant U.S. Attorney
Antonia.Barnes@usdoj.gov
U.S. Attorney's Office
500 S. Australian Ave., Ste. 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 655-9785
Attorney for Plaintiff United States
[Service via CM/ECF]

Marton Gyires
Assistant U.S. Attorney
Marton.gyires@usdoj.gov
U.S. Attorney's Office
101 South U.S. Hwy. 1, Ste. 3100
Fort Pierce, FL 34950
Telephone: (772) 293-0952
Facsimile: (772) 595-3606
Attorney for Plaintiff United States
[Service via CM/ECF]

R. Fletcher Peacock
Assistant Federal Public Defender
fletcher_peacock@fd.org
Federal Public Defender's Office
109 North 2nd Street
Fort Pierce, FL 34950
Telephone: (772) 489-2123
Facsimile: (772) 489-3997
Attorney for Defendant Scott Joseph Trader
[Service via CM/ECF]