

# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| PLANTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 17-14047-CR-MIDDLEBROOKS |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Scott Joseph Trader | Preliminary Order of Forfeiture |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE.
SEE BELOW

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
c/o ICE

SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Antonia J. Barnes, AUSA
U.S. Attorney's Office
500 S. Australian Avenue
Suite 400
West Palm Beach, FL  33401

| | |
|---|---|
| NUMBER OF PROCESS TO BE SERVED IN THIS CASE | 1 |
| NUMBER OF PARTIES TO BE SERVED IN THIS CASE | 1 |
| CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Agency #: FP07QR17FP0003 FPF#: 2017520500002301
  One (1) Samsung SM-G920T smartphone. (17-ICE-001515)
  One (1) LG G6 smartphone.
  One (1) 16GB San Disk SD card.
  One (1) WD My Passport Ultra external hard drive.
  One (1) Samsung SGH-T999 smartphone.
  Nine (9) media storage cards, consisting of two SD cards, four micro SD cards, and three SIM cards.
  One (1) Toshiba C655D-S5202 Laptop Computer.

Signature of Attorney or other Originator requesting service on behalf of: [✓] Plaintiff  [ ] Defendant
*Antonia J. Barnes* (signature)

TELEPHONE NO.: (561) 820-8711
DATE: 10/25/17

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated.
District of Origin No. 04
District to Serve No. 04
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. (signature)
DATE: 10.31.17

I HEREBY CERTIFY AND RETURN THAT I ( ) PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE, (✗) HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE.

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)

DATE OF SERVICE: 10.31.17
TIME OF SERVICE: 12:40  [✗] PM

SIGNATURE, TITLE AND TREASURY AGENCY
(signature), Special Agent, HSI

REMARKS: Served on property in evidence at HSI Ft. Pierce.

TD F 90-22.48 (6/96)