UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-14047-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SCOTT JOSEPH TRADER,

    Defendant.
_____/

## JOINT MOTION TO CONTINUE SENTENCING

    The parties, jointly through their respective counsel, request that the Court continue the sentencing in this matter upon the following grounds:

    1.    Mr. Trader's sentencing is presently set for November 30, 2017.

    2.    In reviewing the Presentence Report with Mr. Trader, it appears that the report contains alleged information that the undersigned has not seen in discovery. The undersigned understands from discussions with the prosecutor and the case agent that the forensic review of the subject electronic data storage devices is still ongoing and that the new information was located after the parties held their discovery conference.

    3.    The parties have scheduled another discovery conference for the week of November 27. Counsel for defendant is on annual leave form November 21 through November 24. Once the discovery conference is held, the undersigned will need time to consult with Mr. Trader and file any necessary additional objections to

the presentence report. The parties suggest that a sentencing date during the week of December 4 would be appropriate. Sentencing in this matter is expected to last more than 30 minutes, but less than one hour.

WHEREFORE the parties request that the Court reset sentencing for the week of December 4, 2017.

                              Respectfully submitted,

                              MICHAEL CARUSO
                              FEDERAL PUBLIC DEFENDER

By:    *s/Fletcher Peacock*
        Fletcher Peacock
        Assistant Federal Public Defender
        Florida Bar No. 441996
        109 North Second Street
        Fort Pierce, Florida 34950
        Tel:  772-489-2123
        Fax: 772-489-3997
        E-Mail: Fletcher_Peacock@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on November 17, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/Fletcher Peacock*, AFPD
Fletcher Peacock

## SERVICE LIST

**UNITED STATES v. SCOTT JOSEPH TRADER**
Case No. 17-14047-CR-MIDDLEBROOKS
United States District Court, Southern District of Florida


**Fletcher Peacock**
**Fletcher_Peacock@fd.org**
**Assistant Federal Public Defender**
109 North Second Street
Fort Pierce, FL 34950
Tel: 772-489-2123
Fax: 772-489-3997
Attorney for Trader
Notices of Electronic Filing


**Marton Gyires**
**marton.gyires@usdoj.gov**
**Assistant United States Attorney**
United States Attorney's Office
101 South U.S. Hwy 1, Suite 3100
Fort Pierce, Florida 34950
Tel:  772-293-0952
Fax: 772-595-3606
Notice of Electronic Filing