UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:17-cr-14047-MIDDLEBROOKS

**UNITED STATES OF AMERICA**

**vs.**

**SCOTT JOSEPH TRADER,**

      **Defendant.**

_____/

**JOINT CORRECTIONS AND DEFENSE OBJECTIONS TO THE PSR**

    The United States of America through the undersigned Assistant United States Attorney, and the defendant personally, and through his defense attorney, Assistant Federal Public Defender Fletcher Peacock, jointly agree that the following changes/corrections should be made to the presentence investigation report ("PSR").

1. **Paragraph 11:** The substantive content of the chats between the defendant and "Victim #1" that are copied in paragraph 11 of the PSR, which include minor edits, should be replaced with a more accurate/complete depiction of the chats, which was produced by a software program. The software program's version of the chats is being sent via email to the assigned probation officer in order to revise the PSR.

2. **Paragraph 12:** The next to last sentence should be changed to reflect that Mr. Trader received a withhold of adjudication, not a conviction, for his felony child neglect charge.

3. **Paragraph 15:** The portion of the last sentence in paragraph 15 that says "dated September 9, 2016," should be changed to instead say: "written to an SD card on

September 9, 2016."

4. **Paragraph 19:** The portion of the first sentence in paragraph 19 that says "from November 5, 2015 through **April 24**, 2016" should be changed to instead say "from November 5, 2015 through **April 28**, 2016."

5. **Paragraph 19:** The substantive content of the chats between the defendant and an adult female that are copied in paragraph 19 of the PSR, which include minor edits, should be replaced with a more accurate/complete depiction of the chats, which was produced by a software program. The software program's version of the chats is being sent via email to the assigned probation officer in order to revise the PSR.

6. **Paragraph 21:** The portion of the first sentence in paragraph 21 that says "between **June 26**, 2013 and May 30, 2017," should be changed to instead say; "between **June 17**, 2013 and May 30, 2017."

7. **Paragraph 21:** A sentence should be added to the end of paragraph 21 to say: "the word 'minors' in this paragraph refers to people representing themselves to be minors."

8. **Paragraph 21:** The portion of the last sentence in paragraph 21 that says "pornographic images of Victim #2 and/or Victim #3" should be changed to instead say: "pornographic images involving Victim #2 and/or Victim #3."

9. **Paragraph 22:** The substantive content of the chats between the defendant and a minor female that are copied in paragraph 22 of the PSR, which include minor edits, should be replaced with a more accurate/complete depiction of the chats, which was produced by a software program. The software program's version of the chats is being sent via email to the assigned probation officer in order to revise the PSR.

10. **Paragraphs 26 and 27:** The substantive content of the chats between the defendant and a minor female that are copied in paragraphs 26 and 27 of the PSR, which include minor edits, should be replaced with a more accurate/complete depiction of the chats, which was produced by a software program. The software program's version of the chats is being sent via email to the assigned probation officer in order to revise the PSR.

11. **Paragraphs 32 and 34:** The defendant reserves a challenge to restitution and the amounts stated in those paragraphs. The parties agree that the Court should consider any restitution claim at a subsequent hearing not more than 90 days after the sentencing.

## DEFENDANT'S OBJECTIONS OPPOSED BY THE GOVERNMENT

The defendant also makes the following additional objections to the PSR, to which the government is opposed:

    a. **Paragraph 57:** The defendant objects to the statements that: a) he threw Leanne Marchant against a mirror door; b) punched her on the back of her head; and c) told her that he was going to knock her teeth off and throw her down the stairs.

    b. **Paragraph 59:** The defendant believes he received a withheld adjudication instead of an adjudication of guilt. He also objects to the statement that he grabbed Elizabeth Rutkowski around the neck.

    c. **Paragraph 64:** The defendant denies the underlying factual allegations.

    d. **Paragraph 66:** The defendant denies the underlying factual allegations.

    e. **Paragraph 67:** The defendant denies the underlying factual allegations.

    f. **Paragraph 70:** The defendant was born in Queens, N. Y., rather than the

Bronx.

g. **Paragraph 77:**  The defendant believes that he met Leanne Drew when she was 16 years old.  Mr. Trader denies that he was physically, mentally and emotionally abusive toward Ms. Drew.  He also contends that Ms. Drew was an equal and willing partner in any sexual role playing in which they participated.

h. **Paragraph 78:**  Mr. Trader denies that he ever physically abused Ms. Varner.

i. **Paragraph 87:**  Mr. Trader believes he left high school in the ninth grade, rather than the tenth.

j. **Paragraph 118:**  Mr. Trader requests that the Court permit supervised contact with his daughters during the term of his supervised release.

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY
By:   /s/ Marton Gyires                                             /s/ Fletcher Peacock
MARTON GYIRES                                    Fletcher Peacock, AFPD
AUSA                                             Florida Bar No. 441996
Court ID No.: A5501696                           Attorney for Defendant
101 South U.S. Hwy. 1, Ste. 3100                 109 North Second Street
Fort Pierce, Florida 34950                       Fort Pierce, Florida 34950
Telephone: 772-293-0952                          Tel: 772-489-2123
Marton.Gyires@usdoj.gov                          Fletcher_Peacock@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By: _____/s/_____
Marton Gyires
Assistant United States Attorney
A#5501696
Email: marton.gyires@usdoj.gov
United States Attorney's Office
101 South U.S. Hwy. 1, Ste. 3100
Fort Pierce, Florida 34950
Telephone: 772-293-0952
Facsimile: 772-466-1020