IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

17-14047-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SCOTT JOSEPH TRADER,

        Defendant.
_____/

**DECLARATION OF PUBLICATION**

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on October 26, 2017 and ending on November 24, 2017. (See Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 28th, 2017 at West Palm Beach, FL.

        Respectfully submitted,

        BENJAMIN G. GREENBERG
        ACTING UNITED STATES ATTORNEY

BY:   /s/ Antonia J. Barnes
        ANTONIA J. BARNES (FL Bar # 261777)
        Assistant U.S. Attorney
        Antonia.Barnes@usdoj.gov
        United States Attorney's Office
        500 S. Australian Avenue, Ste. 400
        West Palm Beach, FL 33401-6235
        Telephone: (561) 820-8711
        Facsimile: (561) 655-9785
        Attorney for United States