## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## COURT CASE NUMBER: 17-CR-14047-MIDDLEBROOKS; NOTICE OF FORFEITURE

Notice is hereby given that on October 20, 2017, in the case of <u>U.S. v. SCOTT JOSEPH TRADER</u>, Court Case Number 17-CR-14047-MIDDLEBROOKS, the United States District Court for the Southern District of Florida entered an Order condemning and forfeiting the following property to the United States of America:

One (1) Samsung SM-G920T smartphone. (17-ICE-001515)

One (1) LG G6 smartphone. (17-ICE-001515)

One (1) 16GB San Disk SD card. (17-ICE-001515)

One (1) WD My Passport Ultra external hard drive. (17-ICE-001515)

One (1) Samsung SGH-T999 smartphone. (17-ICE-001515)

Nine (9) media storage cards, consisting of two SD cards, four micro SD cards, and three SIM cards. (17-ICE-001515)

One (1) Toshiba C655D-S5202 Laptop Computer. (17-ICE-001515)

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (October 26, 2017) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 701 Clematis Street, West Palm Beach, FL 33401, and a copy served upon Assistant United States Attorney Antonia Barnes, 500 S. Australian Avenue, Suite 400, West Palm Beach, FL  33401. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between October 26, 2017 and November 24, 2017. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

**U.S. v. SCOTT JOSEPH TRADER**

**Court Case No:** 17-CR-14047-MIDDLEBROOKS
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 10/26/2017 | 24.0 | Verified |
| 2 | 10/27/2017 | 24.0 | Verified |
| 3 | 10/28/2017 | 24.0 | Verified |
| 4 | 10/29/2017 | 24.0 | Verified |
| 5 | 10/30/2017 | 24.0 | Verified |
| 6 | 10/31/2017 | 24.0 | Verified |
| 7 | 11/01/2017 | 24.0 | Verified |
| 8 | 11/02/2017 | 24.0 | Verified |
| 9 | 11/03/2017 | 24.0 | Verified |
| 10 | 11/04/2017 | 24.0 | Verified |
| 11 | 11/05/2017 | 24.0 | Verified |
| 12 | 11/06/2017 | 24.0 | Verified |
| 13 | 11/07/2017 | 24.0 | Verified |
| 14 | 11/08/2017 | 24.0 | Verified |
| 15 | 11/09/2017 | 24.0 | Verified |
| 16 | 11/10/2017 | 24.0 | Verified |
| 17 | 11/11/2017 | 24.0 | Verified |
| 18 | 11/12/2017 | 24.0 | Verified |
| 19 | 11/13/2017 | 24.0 | Verified |
| 20 | 11/14/2017 | 24.0 | Verified |
| 21 | 11/15/2017 | 24.0 | Verified |
| 22 | 11/16/2017 | 24.0 | Verified |
| 23 | 11/17/2017 | 24.0 | Verified |
| 24 | 11/18/2017 | 24.0 | Verified |
| 25 | 11/19/2017 | 24.0 | Verified |
| 26 | 11/20/2017 | 24.0 | Verified |
| 27 | 11/21/2017 | 24.0 | Verified |
| 28 | 11/22/2017 | 24.0 | Verified |
| 29 | 11/23/2017 | 24.0 | Verified |
| 30 | 11/24/2017 | 24.0 | Verified |