

**Fw: Letter for Scott**
Fletcher Peacock    to: ~~Deborah Cooley~~                          12/05/2017 12:04 PM

----- Forwarded by Fletcher Peacock/FLSF/11/FDO on 12/05/2017 12:02 PM -----

From:     Regina Rispoli <rispoliregina@icloud.com>
To:       fletcher_peacock@fd.org
Date:     12/05/2017 08:28 AM
Subject:  Letter for Scott

Honorable Judge Donald Middlebrook,
In care of Fletcher Peacock
Dear Honorable Judge,

I would like to take a minute of your time to tell you a little about Scott Trader who is a wonderful son that helped care for a lot of love ones whom he leaves behind during this time .
We will start with his older brother that he has helped care for all his life that suffers Autism, Helps with his daily needs of taking and picking up from his job at the time Goodwill and spending time with him daily interaction that we all know this disability only allows limited trust and the feeling of being safe ,
He also helps care for his blind stepfather with household chores that kept the walk way areas clear and helped with dinner and many other things .
His mom Shelly as well she has had 2 knee replacements and Scott's ability to shop and run errands was a blessing in many ways . He has been a good loving son and was helpful to this family in many ways and his help is still needed but not there
The family had a tough time with the hurricane Irma as many of these task Scott delt with . His mother worries as they are getting older there plans for there autistic son Keith and who will care for him not knowing the outcome of Scott's future Kieth has always trusted and felt safe . Thank you for taking the time to read my letter I hope this gives you a little insight of Scott .


Sent from Yahoo Mail for iPhone
Sent from my iPhone



**Fw: Honorable Donald Middlebrooks c/o Fletcher Peacock**
Fletcher Peacock   to: Deborah Cooley

12/05/2017 06:54 PM

----- Forwarded by Fletcher Peacock/FLSF/11/FDO on 12/05/2017 06:52 PM -----

| | |
|---|---|
| From: | mgreen3179@aol.com |
| To: | Fletcher_Peacock@fd.org |
| Date: | 12/05/2017 06:29 PM |
| Subject: | Honorable Donald Middlebrooks c/o Fletcher Peacock |

I have know the Trader Family for over ten years. They are a very close knit and loving family. Shelly Trader and I have a very special relationship. I consider her like my sister. Over the years I have been there thru all of the family's trials & tribulations. Shelly is not well, she is facing her third operation. Leon ( Shelly's husband is blind and suffering from dementia) Keith has autism . Dennis ( Scott's and Keith's dad) is having health issues as well Everyone is getting old, Scott does play a very important role in their family constantly making grocery runs doing dishes  and all types of tasks that are back breaking for Shelly ,so while Scott may have made bad choices,  I do believe that he has redeemable qualities.  I feel that his time will be most wisely spent taking care of his family which needs him very much. They are very loving and  a tight knit clan. Thank you very much for taking your time to read this . Marci Greenberg

Honorable Judge Donald Middlebrooks

Dear Honorable Judge,

    This letter that I am now writing about my son Scott is very hard for me to do. The person that you see is not the person that I know. Years ago, a little over 32 years ago, I gave birth to my second son Scott. Two years prior, I had given birth to my first son Keith. By all accounts, Keith was a normal child, but he did not meet his milestones. After further testing, we(his father Dennis and I) found out he was autistic. Two years later Scott came along. Family would say"How will you manage if your second child is autistic" My answer ... I have Keith now Scott...you just do it. Fortunately Scott was a beautiful normal child.

    Through their growing up years, Scott had taken a role of responsibility of an older brother. Showing and teaching Keith things that a brother would. When you have a special needs child...everyone gets involved in his life. It is not easy. As they grew older, Scott took on more of a role of the "big brother". Helping in every way of caring for his brother, just like his father(Dennis) and I did. As years went on, his father and I always thought that Scott would be there for his brother when the time came that either we were no longer able to or had passed on. Unless you are brought up in a family that has someone with special needs, you don't know what it entails. There are quirks and sounds and movements that his brother does. There are ways that his brain thinks and that only he understands, and he lives in a repetitive way...every day. Everything is the same, done the same way every day of his life. His father and I never questioned that Scott would always be in his brother's life to help him live. We never thought of putting Keith in a group home or an institution for the duration. Scott has always been there for his brother, and I hope he will be there for him if that time comes that we as parents are no longer here. Our extended family are all older and do not know how to handle someone of this nature and probably not be around in years to come. We have raised him virtually all on our own with little help from anyone else.

    Even after their father and I divorced, we remained a close kit family, working together for our children. As Scott grew older, he started working at age 16. Working his way from part-time to full-time at the airport in New York. A job that he loved and that they liked his work ethic... always on time and never a problem at work. The time came that in 2003 the children and myself moved to Florida. Their father stayed in New York, but as parents we still had a united front and were always a family.

    In 2007, I remarried and that man has special needs also. Scott's stepfather Leon is blind. He has a degenerative disease of the eyes and has been blind since the mid 90's. Scott accepted Leon into his life with no problem. When needed, Scott helped him learn each house that we lived in and has been there for him. Making him food, and helping him pick out clothes to wear when I was not able to. As time went on, Leon was diagnosed with Bi-Polar 1 and within the last 2 years, has been diagnosed with Dementia. He has medication that he takes throughout the day ... every day. If I wasn't able to or not home, Scott would see to it that Leon had his needs met and that the medicine was given.

    In between these years, Scott started working here in Fla. He had worked at 2 different call centers. In each one, he worked his hours and if needed, he would work more hours if the company asked him. To further advance himself, he started working for Wall-Mart and he

worked for the company for 8 years. He worked his way from truck-unloader to department manager for housewares. Again his work ethic was visible. He did his work...never a problem and always on time.

My health started to deteriorate and I was diagnosed with severe Cervical Stenosis of the spine in early 2012. In October if that year, I had my spine surgery. I had 2 rods and screws put in my spine, and a bracket and screws in my front neck. The surgery took 8 1/2 hours. Had I not had the surgery. I would have been paralyzed within a few months. Scott's father had come to Florida from New York to help take care of the family and our 2 dogs. Between the two of them, they made it work... bill paying, cleaning the house, food shopping and prep, taking care of Leon, Keith, the pets etc. Between the surgery and recuperation it was 9-10 months. Scott was there the whole time giving of himself. During that time, Scott's father Dennis had to go back home to New York, so the sole responsibility was mainly on Scott with the little that I could do.

In 2014 Scott's father was moving to Florida so Scott and I flew to New York to help his father get things ready for the move. We drove back to Florida with a truck and Dennis stayed with us. Dennis' health started to decline and he was diagnosed with severe Arthritis in the joints of the knees, high blood pressure and heart problems. He is now on medication. It was then decided by all of us that Dennis would continue to live with us, since we all need each other. This situation has worked out well for everyone. Dennis, Myself, Leon, Keith and Scott have made it work with Love and Unity.

Again in 2016 my health declined... having trouble walking. The diagnosis was that I needed a Full Hip-Replacement. In June of that year, I had my surgery. It was about 6-8 months of recovery, and again Scott was there for all of us. I am able to walk now... just not as good as before. Most times I walk with a cane so I can keep steady and keep my balance. Now, again in 2017, I am having more health problems. I was diagnosed with Lumber Spinal Stenosis(lower Back) in which I will need surgery to put in rods and screws in all 5 vertebra and that my spine will be fused. The details of that are being finalized and then the surgery will be scheduled. I know Scott will not be here for that since he will be incarcerated.

To have you know about this family dynamic is important. We as a family have Love and Compassion and we will be here for each other until the end. I feel that Scott has learned that there are consequences for our actions that we live in our daily lives. I feel that my son can redeem himself and live a productive life after incarceration, living in the family house with his family by his side and with continued therapy. Only the man above knows how much time each of us has on this earth, but I hope my son will be able to see us before that time comes since we are in our twilight years. I know that Scott's future is in his hands with lessons learned and I know that his future is in your hands in terms if confinement and amount of time to be given and served. That being said, having some knowledge of this family, as you have read this letter, hopefully gives you some insight of how important my son Scott is to this family and how much he is loved and needed.

    Thank you for your time

    Shelly Trader-Bonanno, Dennis Trader,
    Leon Bonanno and Keith Trader



**Fw: Scott Trader**
Fletcher Peacock   to: Deborah Cooley                                    12/06/2017 10:31 AM

----- Forwarded by Fletcher Peacock/FLSF/11/FDO on 12/06/2017 10:29 AM -----

From:       Mel Kalman <mk8735@gmail.com>
To:         Fletcher_Peacock@fd.org
Cc:         nypineapple0754@hotmail.com
Date:       12/05/2017 08:23 PM
Subject:    Re: Scott Trader

```
> On Dec 5, 2017, at 8:00 PM, Mel Kalman <mk8735@gmail.com> wrote:
>
> The Honorable Donald Middlebrook in care of Fletcher Peacock.
>
>     I am writing this letter to tell you about Scott Trader.  Scott has
always been a caring and dedicated brother, son, and friend to all who know
him.  During his time with Shelly, his mother, Scott has been a totally
supportive, and dedicated person.  He has looked after his brother Keith who
is Autistic, and his stepfather Leon, who is legally blind.  Scott has been
there for the family when his mother had to undergo two major surgical
procedures, cervical laminectomy, and a hip replacement.  During her recovery
it was Scott who took full responsibility for the family while working a full
time job and then being there for his brother, stepfather, and mother while
she was recovering.  Scott is not a vindictive or spiteful person but quite
the contrary he is one of the most caring and dedicated family members you
could imagine.  If it would please Your Honor could you find it in your
conscience and judicial practice  to show compassion and forgiveness towards
Scott.  Everyone who knows Scott realizes that he is  a person totally giving
of himself and supportive of others, especially family.  Scott has not had it
easy in his 33 years.  He has had to be totally giving of himself, sacrificing
for his brother who is dependent on family for all his needs.  Scotts
Stepfather is legally blind and it is Scott who is there for him assisting in
all the daily chores.  Lastly Scotts mother, Shelly, is also dependent on
Scott for his help around the house, because of her physical limitations, it
has fallen on Scott to be the one responsible for the maintenance of the
house.  Please Your Honor, find it in your heart to extend a little compassion
when sentencing Scott.
>
> Yours Truly,
>
> Melvin Kalman
> Scotts Uncle
>
>
```



Fw:
Fletcher Peacock    to: Deborah Cooley                          12/06/2017 10:32 AM

----- Forwarded by Fletcher Peacock/FLSF/11/FDO on 12/06/2017 10:30 AM -----

From:       dkny0725@aol.com
To:         Fletcher_Peacock@fd.org
Date:       12/05/2017 08:15 PM
Subject:    Re:

To The Honorable Donald Middlebrooks in care of Fletcher Peacock,

On behalf of my nephew Scott Trader I would like to present my impressions of Scott throughout his life. I have been married to my husband, Mel Kalman, the brother of Scott's mother, since 1976. Scott was born 8 months after we adopted our daughter Brooke in 1984. As children Scott and Brooke had a very close cousin bond. Once Scott and his family moved to Florida, we did not see each other often, but we remained close as a family. My daughter, as have my husband and I, has always held Scott in the highest regard. This would not be the case if Scott was not of good character. Scott is a person to whom his family is everything. I have always marveled at his patience and his caring for his older brother Kieth who was diagnosed with autism at an early age. In a sense Scott became the "older" brother for as long as I can remember. He protected his brother and became somewhat of a caretaker to him. This was of exceptional importance to his mother as she bore the burden also of a disabled and blind husband who also relied heavily on both Scott and Scott's mother Shelly. As you are probably aware Shelly had some of her own personal medical issues including back surgery and hip replacement surgery. Scott literally has been her rock. He has risen to assist in every family hurdle or hardship. He exhibited an impressive sense of responsibility from an early age. Scott's dedication to everyone in his family is part of his truly good

character. He has never deserted his family for his own gain. Please trust when I say Scott has been a person with quality characteristics. Please take these points into consideration when sentencing Scott.
Very sincerely,
Diane Kalman


Sent from my iPad