# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    FLORIDA

| UNITED STATES OF AMERICA V. SCOTT JOSEPH TRADER | | | | | **EXHIBIT AND WITNESS LIST**<br>Case Number: 17-14047-CR-DMM |
|---|---|---|---|---|---|
| PRESIDING JUDGE<br>Donald M. Middlebrooks | | | | | PLAINTIFF'S ATTORNEY<br>Marton Gyires |
| TRIAL DATE (S)<br>12/07/2017 Sentencing | | | | | COURT REPORTER<br>Diane Miller |

DEFENDANT'S ATTORNEY: Fletcher Peacock
COURTROOM DEPUTY: Genevieve McGee

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/7/2017 | X | X | CD of visual depictions and videos |
| 2 | | 12/7/2017 | X | X | Extraction Reports of text messages |
| | 1 | 12/7/2017 | X | X | Sealed Psychological Evaluation of Defendant by Dr. Brannon |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages