



GOVERNMENT
EXHIBIT

U.S. v. Trador

CASE
NO. 17-cr-14047

EXHIBIT
NO. 2

# Extraction Report
Cellebrite UFED Reports

## Participants

Scott

K█ B█████



## Conversation - SayHi Chat Messages (260)

| | Scott | 1/26/2017 8:03:37 PM(UTC-5) |
| Heyyy (: cute kids | | |

| | K█ B█████ | 1/26/2017 8:03:50 PM(UTC-5) |
| Hihi | | |

| | Scott | 1/26/2017 8:04:13 PM(UTC-5) |
| Hiii (: lol how are u doing tonight | | |

| | K████ ████ | 1/26/2017 8:04:30 PM(UTC-5) |
| Good and you | | |

| | Scott | 1/26/2017 8:05:21 PM(UTC-5) |
| I'm good, I just got home from work and now I can relax. So what brings u to this app? | | |

| | K██ B█████ | 1/26/2017 8:07:01 PM(UTC-5) |
| Can you buy me dress pants shirt. Nacked. Coloring book and 2 light shoesand 2 bag of candy can you buy. My friend name is Michael. Angelo and maybeline. And can you buy mi iphones 7 the real. One and the ipad the real | | |

| | Scott | 1/26/2017 8:08:15 PM(UTC-5) |
| I can get u some of that yes :) | | |

| | K██ B█████ | 1/26/2017 8:08:52 PM(UTC-5) |
| Like what can you buy me all please. Pleased. | | |

| | Scott | 1/26/2017 8:09:06 PM(UTC-5) |
| But first I need to ask u a few things ok. How old are u? Are u 8? | | |

| | K███ B█████ | 1/26/2017 8:09:36 PM(UTC-5) |
| I am 10 years. Old | | |

| | Scott | 1/26/2017 8:10:12 PM(UTC-5) |
| Ok :) Where are u from? I'm in Florida | | |

| | K███ B█████ | 1/26/2017 8:10:43 PM(UTC-5) |
| I am from new York | | |

| | Scott | 1/26/2017 8:11:23 PM(UTC-5) |
| Ok, so im gonna have to mail all that to u then. | | |

1

**K___ B___** 1/26/2017 8:11:52 PM(UTC-5)

Ok. Then when

**Scott** 1/26/2017 8:12:27 PM(UTC-5)

Soon. I just want a few things from u first sweetheart. Can I see another picture of u?

**K___ B___** 1/26/2017 8:12:45 PM(UTC-5)

Why

**Scott** 1/26/2017 8:13:18 PM(UTC-5)

Because I think your pretty and want to see more of u. I want a few pics of u

**K___ B___** 1/26/2017 8:13:50 PM(UTC-5)

Tell the mail just. Live next to the door. Not to nick please. Ok give mi back my dad and my mom ok

**K___ B___** 1/26/2017 8:14:12 PM(UTC-5)

p://hi-sp1701_30802260_1485479649727-jpg

p  hi-
sp1701  30802260  148547
9649727-jpg

**K___ B___** 1/26/2017 8:14:58 PM(UTC-5)

And do i need to pay. The mail guy. Or you

**Scott** 1/26/2017 8:15:09 PM(UTC-5)

Ok I will. U are so pretty. Can I see a picture of your whole body too?

**Scott** 1/26/2017 8:15:15 PM(UTC-5)

And I will pay

**K___ B___** 1/26/2017 8:15:44 PM(UTC-5)

Ok no body ok please

**Scott** 1/26/2017 8:16:39 PM(UTC-5)

I want to see a picture of your body sweetheart

**K___ B___** 1/26/2017 8:17:36 PM(UTC-5)

Why no pleased

**Scott** 1/26/2017 8:19:10 PM(UTC-5)

Because I like u. I want to see u naked too, a picture of u with no clothes on

**K___ B___** 1/26/2017 8:22:27 PM(UTC-5)

No. No no no no no no in the mail don't but your name on it

**Scott** 1/26/2017 8:24:57 PM(UTC-5)

I'm sorry sweetheart, I can't send u anything because u don't want to send me pictures

**K___ B___** 1/26/2017 8:29:41 PM(UTC-5)

Ok fine



K███ B███ — 1/26/2017 8:30:05 PM(UTC-5)

p://hi-sp1701_30802260_1485480602664-jpg

p hi-
sp1701_30802260_148548
0602664-jpg

K███ B███ — 1/26/2017 8:30:36 PM(UTC-5)

p://hi-sp1701_30802260_1485480635464-jpg

p hi-
sp1701_30802260_148548
0635464-jpg

Scott — 1/26/2017 8:31:22 PM(UTC-5)

U are so pretty ♥ Now I want to see u naked sweetheart

K███ — 1/26/2017 8:35:08 PM(UTC-5)

I can't why that my picture.

Scott — 1/26/2017 8:36:13 PM(UTC-5)

Go into the bathroom and take a picture of u naked sweetheart. I want to see all of your body without clothes on

K███ — 1/26/2017 8:49:56 PM(UTC-5)

I can't. Because. Somebody. Is in the bathroom

Scott — 1/26/2017 8:50:42 PM(UTC-5)

After they are done then go in and take the picture sweetheart

K███ — 1/26/2017 8:51:28 PM(UTC-5)

No they. There still in the bathroom

K███ — 1/26/2017 8:51:45 PM(UTC-5)

p://hi-sp1701_30802260_1485481902253-jpg

p hi-
sp1701 30802260 148548
1902253-jpg

K███ B███ — 1/26/2017 8:52:24 PM(UTC-5)

p://hi-sp1701_30802260_1485481941958-jpg

p hi-
sp1701 30802260 148548
1941958-jpg

Scott — 1/26/2017 8:53:24 PM(UTC-5)

Very sexy pictures sweetheart. Now take off your underwear for me

1/26/2017 8:54:30 PM(UTC-5)

I did take off my underwear. And you do it too

☆ Scott                                                                    1/26/2017 8:55:14 PM(UTC-5)

Show me a picture of u between your legs

☆                                                                          1/26/2017 8:55:54 PM(UTC-5)

Ok then

☆                                                                          1/26/2017 8:56:15 PM(UTC-5)

p://hi-sp1701_30802260_1485482172969-jpg

p hi-
sp1701_30802260_148
2172969-jpg

☆ Scott                                                                    1/26/2017 8:57:36 PM(UTC-5)

I like your pajamas :) u look very sexy in them. Pull down your pants and ubderwear and show me a picture

☆                                                                          1/26/2017 8:58:58 PM(UTC-5)

No do you. Have. A girl

☆ Scott                                                                    1/26/2017 9:00:00 PM(UTC-5)

Do it sweetheart, this is what u have to do if u want me to spend money to buy u things.

☆ Scott                                                                    1/26/2017 9:00:23 PM(UTC-5)

And no, I do not have a gf, but I do have a daughter who is your age

☆                                                                          1/26/2017 9:01:02 PM(UTC-5)

Why my mom and my dad

☆ Scott                                                                    1/26/2017 9:02:07 PM(UTC-5)

Show me that picture sweetheart (: please, I really want to see u

☆                                                                          1/26/2017 9:02:30 PM(UTC-5)

Why I show you all of it

☆ Scott                                                                    1/26/2017 9:03:10 PM(UTC-5)

But u didn't show me between your legs and I really want to see u there

☆                                                                          1/26/2017 9:03:43 PM(UTC-5)

p://hi-sp1701_30802260_1485482622278-jpg

p hi-
sp1701_30802260_148548
2622278-jpg

☆ Scott                                                                    1/26/2017 9:04:11 PM(UTC-5)

U are so pretty

4

1/26/2017 9:04:42 PM(UTC-5)

Why. Do you a girlfriends

K■■ B■■ 1/26/2017 9:05:02 PM(UTC-5)

Do you speak. Spanish

Scott 1/26/2017 9:05:33 PM(UTC-5)

No I don't :( show me that picture and ill send u an iphone

K■■ B■■ 1/26/2017 9:06:06 PM(UTC-5)

Ok iphones 7 and the light. Shoes

K■■ B■■ 1/26/2017 9:06:20 PM(UTC-5)

My parents. Speak. Spanish

Scott 1/26/2017 9:06:54 PM(UTC-5)

Ok Iphone7 (:

K■■ B■■ 1/26/2017 9:07:38 PM(UTC-5)

And can you buy me all of the. Thing I send. You can you buy for my friend. Of the light shoes. And mi

Scott 1/26/2017 9:08:07 PM(UTC-5)

Yes I will

K■■ B■■ 1/26/2017 9:08:29 PM(UTC-5)

Ok then bye

Scott 1/26/2017 9:08:44 PM(UTC-5)

Send me that picture first tho

K■■ B■■ 1/26/2017 9:09:47 PM(UTC-5)

Ok can you buy me something. For my brother

Scott 1/26/2017 9:10:09 PM(UTC-5)

Yes I will

K■■ B■■ 1/26/2017 9:10:43 PM(UTC-5)

Ok then

Scott 1/26/2017 9:11:06 PM(UTC-5)

Ok :)

K■■ ■■ 1/26/2017 9:15:10 PM(UTC-5)

Ok

K■■ ■■ 1/26/2017 9:16:08 PM(UTC-5)

p://hi-sp1701_30802260_1485483367438-jpg



p hi-
sp1701_30802260_148548
3367438-jpg



Scott — 1/26/2017 9:17:03 PM(UTC-5)
Yesssss! Can I see one close up between your legs baby

K██ B████ — 1/26/2017 9:17:35 PM(UTC-5)
Ok then

Scott — 1/26/2017 9:18:09 PM(UTC-5)
Show me more please

K██ B████ — 1/26/2017 9:22:07 PM(UTC-5)
No that it

Scott — 1/26/2017 9:23:09 PM(UTC-5)
Just one more picture. I want to see between your legs, a close pic of it

K██ B████ — 1/27/2017 8:12:42 AM(UTC-5)
Ok

K██ B████ — 1/27/2017 8:13:08 AM(UTC-5)
p://hi-sp1701_30802260_1485522786654-jpg

p hi-
sp1701_30802260_148552
2786654-jpg

Scott — 1/27/2017 5:39:52 PM(UTC-5)
U look so pretty (: hi baby girl

K██ B████ — 1/27/2017 5:40:51 PM(UTC-5)
Do you have little girl

Scott — 1/27/2017 5:41:12 PM(UTC-5)
Yes I do

K██ B████ — 1/27/2017 5:41:42 PM(UTC-5)
Can you have picture. Of her I want to see it

Scott — 1/27/2017 5:43:10 PM(UTC-5)
p://hi-sp1701_5479604_1485556988788-jpg

p hi-
sp1701_5479604_1485556
988788-jpg

Scott — 1/27/2017 5:43:19 PM(UTC-5)
Both of my girls (:

K██ B████ — 1/27/2017 5:44:21 PM(UTC-5)
I like the. Picture

6

**Scott**
1/27/2017 5:45:13 PM(UTC-5)

Yayyyy (: I'm gonna go to the store and get your stuff for u. I really liked your pictures lastnight a lot!

**K**
1/27/2017 5:45:48 PM(UTC-5)

Ok then ok

**Scott**
1/27/2017 5:46:15 PM(UTC-5)

What are u doing baby?

**K**
1/27/2017 5:49:41 PM(UTC-5)

Nothing. I am not baby

**K**
1/27/2017 5:50:51 PM(UTC-5)

How many things

**Scott**
1/27/2017 5:54:32 PM(UTC-5)

Yes u are, u are my baby (: and I'm going to send u 1 thing for every naked picture.

**K**
1/27/2017 5:56:39 PM(UTC-5)

I am not your baby. Please. Stop. Ok

**Scott**
1/27/2017 6:00:12 PM(UTC-5)

:( ok

**K**
1/27/2017 6:02:00 PM(UTC-5)

Ok are you going. To buy every. Thing

**Scott**
1/27/2017 6:04:12 PM(UTC-5)

Not everything because u never sent me that picture of u between your legs. But I will send u some of the things

**K**
1/27/2017 6:04:51 PM(UTC-5)

Ok I will send you the picture. Ok right now

**Scott**
1/27/2017 6:05:16 PM(UTC-5)

Ok

**K**
1/27/2017 6:05:21 PM(UTC-5)

Ok

**K**
1/27/2017 6:05:39 PM(UTC-5)

p://hi-sp1701_30802260_1485558337520-jpg

p hi-
sp1701 30802260 148555
8337520-jpg

**K**
1/27/2017 6:06:11 PM(UTC-5)

Now your. Going to send me everything. The stuff

**Scott**
1/27/2017 6:07:14 PM(UTC-5)

No, I want a picture of u between your legs. Then I will send u everything. Take your pants and underwear off and take a picture of u between your legs. I want to see u there



1/27/2017 6:07:47 PM(UTC-5)

p://hi-sp1701_30802260_1485558466151-jpg

p hi-
sp1701_30802260_148555
8466151-jpg

**Scott** — 1/27/2017 6:09:06 PM(UTC-5)

Ok now put the camera between your legs, where u go pee at and take a picture

1/27/2017 6:09:39 PM(UTC-5)

What are you saying

**Scott** — 1/27/2017 6:10:16 PM(UTC-5)

r://hi-sp1701_5479604_1485558599428.ilbc 17

r hi-
sp1701_5479604_1485558
599428.ilbc 17

1/27/2017 6:11:12 PM(UTC-5)

Do not forget anything

**Scott** — 1/27/2017 6:11:25 PM(UTC-5)

I won't

1/27/2017 6:11:32 PM(UTC-5)

Ok fine

1/27/2017 6:12:10 PM(UTC-5)

Do nit forget ipad the real. One and iphones the real. One

**Scott** — 1/27/2017 6:12:41 PM(UTC-5)

Ok sweetheart

1/27/2017 6:13:14 PM(UTC-5)

Ok then

1/27/2017 6:13:43 PM(UTC-5)

p://hi-sp1701_30802260_1485558819730-jpg

p   hi-
sp1701_30802260_148555
8819730-jpg

8



Really. I am not sexy. Because. I have. A boyfriend's. Is not you do you have a girlfriend

**Scott**     1/27/2017 6:22:04 PM(UTC-5)

No I don't have a girlfriend. And u are very, very sexy. Show me that picture sweetheart so I can go to the store for u

1/27/2017 6:22:44 PM(UTC-5)

I thought. Your are in the store

**Scott**     1/27/2017 6:23:13 PM(UTC-5)

No, I'm waiting for that picture sweetheart

1/27/2017 6:24:05 PM(UTC-5)

My mom is getting. A shower. So she finish

**Scott**     1/27/2017 6:24:43 PM(UTC-5)

Oh ok. Can u take that picture in your room?

1/27/2017 6:25:28 PM(UTC-5)

Ok

1/27/2017 6:25:37 PM(UTC-5)

Nacked. Or no

**Scott**     1/27/2017 6:26:25 PM(UTC-5)

Yes, naked. Between your legs

1/27/2017 6:26:57 PM(UTC-5)

Ok and should I take my shirts. Or no

**Scott**     1/27/2017 6:27:12 PM(UTC-5)

Yes (:

1/27/2017 6:27:42 PM(UTC-5)

Ok then

1/27/2017 6:28:47 PM(UTC-5)

p://hi-sp1701_30802260_1485559724156-jpg

p    hi-
sp1701 30802260 148555
9724156-jpg

**Scott**     1/27/2017 6:29:37 PM(UTC-5)

Move your arm so I can see

1/27/2017 6:30:02 PM(UTC-5)

Ok take other one

**Scott**     1/27/2017 6:30:24 PM(UTC-5)

Yes

10



p://hi-sp1701_30802260_1485559844303-jpg

p hi-
sp1701_30802260_148555
9844303-jpg

**Scott**                                          1/27/2017 6:31:36 PM(UTC-5)

Yesss, just like that. Just a little lower so I can see

                                                   1/27/2017 6:33:20 PM(UTC-5)

Other one again do not forget anything. Ok all my things ok ipad and iphones bring me the real one ok. And don't forget my brother. And my friend. Ok

**Scott**                                          1/27/2017 6:33:40 PM(UTC-5)

I won't forget sweetheart

                                                   1/27/2017 6:34:08 PM(UTC-5)

Ok take anther. Picture

**Scott**                                          1/27/2017 6:34:17 PM(UTC-5)

Ok

                                                   1/27/2017 6:34:53 PM(UTC-5)

Ok or we done

                                                   1/27/2017 6:36:30 PM(UTC-5)

Are you in the store now my friends. Wanted. Light shoes mi too light. Shoes ipad the. Real one and iphones the real one do not forget anything. In the litter ok

**Scott**                                          1/27/2017 6:36:36 PM(UTC-5)

p://hi-sp1701_5479604_1485560193044-jpg

p hi-
sp1701_5479604_1485560
193044-jpg

**Scott**                                          1/27/2017 6:36:37 PM(UTC-5)

One more picture sweetheart. I want to see u, like this

                                                   1/27/2017 6:37:49 PM(UTC-5)

I don't. How I don't have like that

**Scott**                                          1/27/2017 6:38:23 PM(UTC-5)

Just show me close between your legs, that's all I want to see. Just that

p://hi-sp1701_5479604_1485560315557-jpg

p hi-
sp1701_5479604_1485560
315557-jpg

**Scott**  1/27/2017 6:38:46 PM(UTC-5)

Like this

1/27/2017 6:39:13 PM(UTC-5)

You said just my legs

**Scott**  1/27/2017 6:39:35 PM(UTC-5)

I said between your legs, where u pee from

1/27/2017 6:40:08 PM(UTC-5)

p://hi-sp1701_30802260_1485560405176-jpg

p   hi-
sp1701 30802260 148556
0405176-jpg

1/27/2017 6:40:21 PM(UTC-5)

I am at my room

**Scott**  1/27/2017 6:41:03 PM(UTC-5)

Yesss! Good picture sweetheart, that's what I want. Now one more like that ok

1/27/2017 6:41:42 PM(UTC-5)

p://hi-sp1701_30802260_1485560499147-jpg

p hi-
sp1701_30802260_148556
0499147-jpg

**Scott**  1/27/2017 6:42:32 PM(UTC-5)

A little closer sweetheart. Show me your vagina

1/27/2017 6:43:16 PM(UTC-5)

Oh ok

1/27/2017 6:45:49 PM(UTC-5)

p://hi-sp1701_30802260_1485560746770-jpg

p   hi-
sp1701 30802260 148556
0746770-jpg



Scott
1/27/2017 6:47:22 PM(UTC-5)

Yessss! Can I see just your vagina

K     B
1/27/2017 6:47:55 PM(UTC-5)

I don't have vagina

Scott
1/27/2017 6:48:29 PM(UTC-5)

p://hi-sp1701_5479604_1485560908380-jpg

p hi-
sp1701_5479604_1485560
908380-jpg

Scott
1/27/2017 6:48:33 PM(UTC-5)

Just that

K     B
1/27/2017 6:49:21 PM(UTC-5)

I don't have vagina. Seruise

Scott
1/27/2017 6:49:51 PM(UTC-5)

Yes u do, u just aren't getting it in the picture

K     B
1/27/2017 6:50:08 PM(UTC-5)

No i don't

K
1/27/2017 6:51:23 PM(UTC-5)

p://hi-sp1701_30802260_1485561080446-jpg

p     hi-
sp1701 30802260 148556
1080446-jpg

Scott
1/27/2017 6:51:56 PM(UTC-5)

Yesssss! Good (: thank u sweetheart

K
1/27/2017 6:52:20 PM(UTC-5)

Ok are you in the store

Scott
1/27/2017 6:52:28 PM(UTC-5)

I'm almost there now

K
1/27/2017 6:52:46 PM(UTC-5)

What are you buying

K
1/27/2017 6:58:15 PM(UTC-5)

p://hi-sp1701_30802260_1485561494410-jpg

p     hi-
sp1701 30802260 148556
1494410-jpg

1₃

Hi                                                                    1/27/2017 7:08:14 PM(UTC-5)

**Scott**                                                             1/27/2017 7:09:51 PM(UTC-5)

Hi sweetheart. I'm getting everything now for u

K      B                                                             1/27/2017 7:10:39 PM(UTC-5)

Just me and my brother. Too and my friends. Light shoes

K      B                                                             1/27/2017 7:11:22 PM(UTC-5)

When. Are you go g to send it and don't. Forget. Ipad the real. One iphones 7 the real. One ok

**Scott**                                                            1/27/2017 7:12:38 PM(UTC-5)

Yes sweetheart, I know. I'm at Wal-Mart now getting them for u

K      B                                                             1/27/2017 7:14:12 PM(UTC-5)

And don't. Forget light shoes for me too does Walmart has Ipad the real. One and iphones 7 the real one and my brother. Want gun game and my friend is 12 student. Too ok

**Scott**                                                            1/27/2017 7:15:36 PM(UTC-5)

Yes they have it all

K      B                                                             1/27/2017 7:18:36 PM(UTC-5)

Did you buy me ipad and the iphones 7

K      B                                                             1/27/2017 7:31:52 PM(UTC-5)

When are you going to send the things

K      B                                                             1/27/2017 7:36:31 PM(UTC-5)

Hi

K      B                                                             1/27/2017 7:57:03 PM(UTC-5)

Hi hi

**Scott**                                                            1/27/2017 7:57:14 PM(UTC-5)

Hello beautiful, I just bought all your things

K      B                                                             1/27/2017 7:58:09 PM(UTC-5)

And my brother. And my friend and did you bring ipad. And iphones

**Scott**                                                            1/27/2017 7:58:53 PM(UTC-5)

Yes, I got all of your things

K      B                                                             1/27/2017 8:00:00 PM(UTC-5)

Ipad iphones you got them or no and did you bring. Some thing. For my brother. Too and my friend. The light. Shoes me too

**Scott**                                                            1/27/2017 8:00:20 PM(UTC-5)

Yes

K      B                                                             1/27/2017 8:00:50 PM(UTC-5)

The light shoes to how many did you buy

**Scott**                                                            1/27/2017 8:01:04 PM(UTC-5)

3



For who

1/27/2017 8:01:17 PM(UTC-5)

**Scott**
1/27/2017 8:01:37 PM(UTC-5)
U, brother and your friend

1/27/2017 8:04:13 PM(UTC-5)
No these my brother. I said 12 student. And can you go trommwro. 12

**Scott**
1/27/2017 8:04:58 PM(UTC-5)
I can't get 12 sweetheart, I'm gonna need more pictures for me to get 12

1/27/2017 8:05:28 PM(UTC-5)
Yes fine 12

**Scott**
1/27/2017 8:06:02 PM(UTC-5)
Ok. I want u to take a video of u naked so I can see your whole body

1/27/2017 8:07:02 PM(UTC-5)
To buy 12 light shoes

**Scott**
1/27/2017 8:07:30 PM(UTC-5)
Yes, and I want a picture of your butt and your nipples

1/27/2017 8:12:40 PM(UTC-5)
Ok

**Scott**
1/27/2017 8:12:55 PM(UTC-5)
Ok :)

1/27/2017 8:13:04 PM(UTC-5)
Ok. Ok

1/27/2017 8:15:14 PM(UTC-5)
Ok

**Scott**
1/27/2017 8:15:40 PM(UTC-5)
Send me a picture of your butt

1/27/2017 8:16:32 PM(UTC-5)
Ok but when I finish. Talk. With cousin

**Scott**
1/27/2017 8:16:53 PM(UTC-5)
Is your cousin a girl or a boy?

1/27/2017 8:17:32 PM(UTC-5)
Is a girl

**Scott**
1/27/2017 8:17:50 PM(UTC-5)
How old Is she?

1/27/2017 8:18:40 PM(UTC-5)
10years old

15



Scott                                            1/27/2017 8:18:53 PM(UTC-6)

Send me a picture of her?

K  B                                             1/27/2017 8:20:34 PM(UTC-5)

Ok

K  B                                             1/27/2017 8:20:49 PM(UTC-5)

p://hi-sp1701_30802260_1485566447667-jpg

p hi-
sp1701_30802260_148556
6447667-jpg

Scott                                            1/27/2017 8:22:05 PM(UTC-5)

She is beautiful! Soooo pretty

K  B                                             1/27/2017 8:22:39 PM(UTC-5)

And me

Scott                                            1/27/2017 8:23:25 PM(UTC-5)

U are too sweetheart. U are beautiful. Can I see a picture of your cousin naked

K  B                                             1/27/2017 8:25:04 PM(UTC-5)

No she can't

Scott                                            1/27/2017 8:25:31 PM(UTC-5)

Just one picture

B                                                1/27/2017 8:26:05 PM(UTC-5)

No she can't.

Scott                                            1/27/2017 8:26:32 PM(UTC-5)

Ok. Does she know u are sending me pictures?

K  B                                             1/27/2017 8:28:02 PM(UTC-5)

No she does ent

Scott                                            1/27/2017 8:28:57 PM(UTC-5)

Ok

K                                                1/27/2017 8:29:33 PM(UTC-5)

Ok did you. Buy me ipad and iphones

Scott                                            1/27/2017 8:29:46 PM(UTC-5)

Yes I did

B                                                1/27/2017 8:30:08 PM(UTC-5)

Is it new

Scott                                            1/27/2017 8:30:59 PM(UTC-5)

Yes, it is new



K      B                                                    1/27/2017 8:31:59 PM(UTC-5)

When are go to send the thing. Do not forget 8 light shoes

---

K      B                                                    1/27/2017 8:32:08 PM(UTC-5)

Not. 12

---

Scott                                                      1/27/2017 8:34:18 PM(UTC-5)

I won't. Ill get the rest of them tomorrow. But u need ti send me more pictures and videos of u

---

B                                                          1/27/2017 8:46:35 PM(UTC-5)

Like what

---

Scott                                                     1/27/2017 8:49:00 PM(UTC-5)

A picture of your butt and a video of u naked

---

K                                                         1/27/2017 8:49:53 PM(UTC-5)

Ok if I do it you are going get the rest. Of light shoes

---

Scott                                                     1/27/2017 8:50:20 PM(UTC-5)

Yes I am

---

                                                          1/27/2017 8:50:27 PM(UTC-5)

Ok

---

B                                                         1/27/2017 8:58:50 PM(UTC-5)

Hi

---

B                                                         1/27/2017 8:59:14 PM(UTC-5)

p://hi-sp1701_30802260_1485568753065-jpg

p  hi-
sp1701 30802260 148556
8753065-jpg

---

B                                                         1/27/2017 9:00:11 PM(UTC-5)

V://hi-sp1701_30802260_1485568771819 14

V  hi-
sp1701 30802260 148556
8771819 14

---

K                                                         1/27/2017 9:00:48 PM(UTC-5)

When are going to send it

---

Scott                                                    1/27/2017 9:10:20 PM(UTC-5)

Ill send it tomorrow sweetheart. But I want a video of u naked. Take off your shorts to

---

K   B                                                    1/27/2017 9:11:38 PM(UTC-5)

Ok do you make a author. One

---

17

Scott
1/27/2017 9:12:29 PM(UTC-5)

Yes make another one please

K B
1/27/2017 9:12:57 PM(UTC-5)

Ok what time are you going to send. It

Scott
1/27/2017 9:13:22 PM(UTC-5)

Tomorrow afternoon

K B
1/27/2017 9:13:39 PM(UTC-5)

Like what time

K B
1/27/2017 9:14:41 PM(UTC-5)

Ok what time like what hours. And are you going to get the rest light shoes

Scott
1/27/2017 9:16:26 PM(UTC-5)

Yes I am. And Idk yet, around 3:00

K B
1/27/2017 9:16:55 PM(UTC-5)

Ok

K B
1/27/2017 9:17:39 PM(UTC-5)

Do we need to sign in or no it is free are you going to pay the mail we don't. Have mony

K B
1/27/2017 9:19:40PM(UTC-5)

V://hi-sp1701_30802260_1485569952360 9


V hi-
sp1701_30802260_148556
9952360 9

Scott
1/27/2017 9:19:54 PM(UTC-5)

I'm going to pay for it sweetheart

Scott
1/27/2017 9:21:09 PM(UTC-5)

Very sexy! Do u have to pee? I want to see u pee in a video

K B
1/27/2017 9:21:09 PM(UTC-5)

How much do we need to sign up or it frer

Scott
1/27/2017 9:21:16 PM(UTC-5)

Its free

K B
1/27/2017 9:21:29 PM(UTC-5)

What is free

Scott
1/27/2017 9:21:45 PM(UTC-5)

U do not have to pay

K B
1/27/2017 9:22:30 PM(UTC-5)

Oh it is free then or no and do we need to sign up the paper or no



Scott
1/27/2017 9:23:45 PM(UTC-5)

U do not have to pay. It is free. No paper

K   B
1/27/2017 9:24:32 PM(UTC-5)

Ok then in new york

Scott
1/27/2017 9:27:14 PM(UTC-5)

Yes I know. I need your address

K   B
1/27/2017 9:29:45 PM(UTC-5)

Why you need my address

Scott
1/27/2017 9:30:05 PM(UTC-5)

To mail it to u silly

1/27/2017 9:34:00 PM(UTC-5)

ave.  And do i need to sign. In the paper and I need to pay



# Extraction Report
Cellebrite UFED Reports

**Participants**

vitoria Jones,
Scott

**Conversation - Instant Messages (204)**

| | Scott | 5/15/2017 9:35:11 PM(UTC-4) |
| --- | --- | --- |
| | Heyyy (: beautiful girls in your pics. | |

| | vitoria Jones, | 5/15/2017 10:00:24 PM(UTC-4) |
| --- | --- | --- |
| | No | |

| | Scott | 5/15/2017 10:02:20 PM(UTC-4) |
| --- | --- | --- |
| | Yea they are. Which one are u? | |

| | vitoria Jones, | 5/15/2017 11:04:00 PM(UTC-4) |
| --- | --- | --- |
| | Tiny one | |

| | Scott | 5/15/2017 11:21:23 PM(UTC-4) |
| --- | --- | --- |
| | You're very pretty. Can i see another picture of u? | |

| | vitoria Jones, | 5/15/2017 11:25:17 PM(UTC-4) |
| --- | --- | --- |
| | Do you have a little girl | |

| | Scott | 5/15/2017 11:26:00 PM(UTC-4) |
| --- | --- | --- |
| | Yes, i have 2 daughter's who are 10 and 3. How old are u? | |

| | vitoria Jones, | 5/15/2017 11:26:18 PM(UTC-4) |
| --- | --- | --- |
| | 9 | |

| | Scott | 5/15/2017 11:26:33 PM(UTC-4) |
| --- | --- | --- |
| | Awww :) you're very pretty for your age | |

| | vitoria Jones, | 5/15/2017 11:26:50 PM(UTC-4) |
| --- | --- | --- |
| | Thanks | |

| | Scott | 5/15/2017 11:27:50 PM(UTC-4) |
| --- | --- | --- |
| | You're welcome. So what are u looking for on this app sweetie? | |

| | vitoria Jones, | 5/15/2017 11:29:04 PM(UTC-4) |
| --- | --- | --- |
| | My dad | |

| | Scott | 5/15/2017 11:29:21 PM(UTC-4) |
| --- | --- | --- |
| | Awww :) does he have this app too? | |

1



vitoria Jones,                                                          5/15/2017 11:31:15 PM(UTC-4)

Yes

Scott                                                                   5/15/2017 11:31:42 PM(UTC-4)

Thats cool :) So, can i see another picture of u?

vitoria Jones,                                                         5/15/2017 11:32:14 PM(UTC-4)

p://hi-sp1705_32491828_1494905531969-jpg

p hi-
sp1705_32491828_149490
5531969-jpg

Scott                                                                   5/15/2017 11:32:47 PM(UTC-4)

Thats the same picture that u have on here lol. But, u are so pretty :)

vitoria Jones,                                                         5/15/2017 11:33:22 PM(UTC-4)

Yep

Scott                                                                   5/15/2017 11:33:42 PM(UTC-4)

Do u have a different picture of u that i can see?

vitoria Jones,                                                         5/15/2017 11:34:05 PM(UTC-4)

p://hi-sp1705_32491828_1494905643502-jpg

p hi-
sp1705_32491828_149490
5643502-jpg

Scott                                                                   5/15/2017 11:34:37 PM(UTC-4)

Awww :) thats a cute pic. Is that your mom and dad?

vitoria Jones,                                                         5/15/2017 11:35:59 PM(UTC-4)

No nanna and grandpa

Scott                                                                   5/15/2017 11:36:40 PM(UTC-4)

Oh ok. I like those pajamas that u have on too. Are u wearing those now?

vitoria Jones,                                                         5/15/2017 11:37:48 PM(UTC-4)

Yeah

Scott                                                                   5/15/2017 11:38:37 PM(UTC-4)

Awww :) i think u look sexy in those pajamas

vitoria Jones,                                                         5/15/2017 11:39:34 PM(UTC-4)

Are you dating

Scott                                                                   5/15/2017 11:39:58 PM(UTC-4)

No, im single. And i like u :)



vitoria Jones,                                         5/15/2017 11:40:17 PM(UTC-4)

You do

Scott                                                 5/15/2017 11:40:49 PM(UTC-4)

Yesssss, i do. I think u are very pretty and very sexy.

vitoria Jones,                                        5/15/2017 11:41:55 PM(UTC-4)

Show a picture of your dick

Scott                                                5/15/2017 11:42:38 PM(UTC-4)

U wanna see? Ok ;) can i see a sexy picture of u too

Scott                                                5/15/2017 11:42:58 PM(UTC-4)

p://hi-sp1705_26786636_1494906178462-jpg

p hi-
sp1705_26786636_149490
6178462-jpg

Scott                                                5/15/2017 11:43:20 PM(UTC-4)

p://hi-sp1705_26786636_1494906200611-jpg

p hi-
sp1705_26786636_149490
6200611-jpg

vitoria Jones,                                       5/15/2017 11:43:52 PM(UTC-4)

You are hot

Scott                                                5/15/2017 11:44:11 PM(UTC-4)

Thank u baby ;) do u like?

vitoria Jones,                                       5/15/2017 11:44:43 PM(UTC-4)

Yesssssssssssssssss

Scott                                                5/15/2017 11:45:05 PM(UTC-4)

Lol good ;) can i see a sexy picture of u baby girl?

vitoria Jones,                                       5/15/2017 11:45:37 PM(UTC-4)

p://hi-sp1705_32491828_1494906335682-jpg

p hi-
sp1705_32491828_149490
6335682-jpg

Scott                                                5/15/2017 11:46:30 PM(UTC-4)

U are soooo pretty omg! I bet your body is very sexy. Can i see u in your underwear?

vitoria Jones,                                       5/15/2017 11:48:06 PM(UTC-4)

Can I see your hole body

3



Scott                                                      5/15/2017 11:48:40 PM(UTC-4)

Yes baby girl, u can. Can i see u first tho, i really really want to

vitoria Jones,                                            5/15/2017 11:49:48 PM(UTC-4)

p://hi-sp1705_32491828_1494906584837-jpg

p hi-
sp1705_32491828_149490
6584837-jpg

vitoria Jones,                                            5/15/2017 11:50:05 PM(UTC-4)

Click on pic

Scott                                                     5/15/2017 11:50:41 PM(UTC-4)

Sexy baby, but i want to see u in them

vitoria Jones,                                            5/15/2017 11:51:13 PM(UTC-4)

I can't you next

Scott                                                     5/15/2017 11:51:45 PM(UTC-4)

p://hi-sp1705_26786636_1494906705299-jpg

p hi-
sp1705_26786636_149490
6705299-jpg

Scott                                                     5/15/2017 11:52:05 PM(UTC-4)

Put them on for me baby girl pleaseeeee

vitoria Jones,                                            5/15/2017 11:52:26 PM(UTC-4)

Neked

Scott                                                     5/15/2017 11:52:26 PM(UTC-4)

Or can i see u naked?

Scott                                                     5/15/2017 11:52:50 PM(UTC-4)

p://hi-sp1705_26786636_1494906770394-jpg

p hi-
sp1705_26786636_149490
6770394-jpg

vitoria Jones,                                            5/15/2017 11:54:03 PM(UTC-4)

Boyfriend and girlfriend

Scott                                                     5/15/2017 11:54:32 PM(UTC-4)

Yesssss! I want u to be my girlfriend baby

vitoria Jones,                                            5/15/2017 11:54:44 PM(UTC-4)

Sure



Scott
5/15/2017 11:54:58 PM(UTC-4)

Yayyyyyyy (:

vitoria Jones,
5/15/2017 11:55:03 PM(UTC-4)

Were you live

Scott
5/15/2017 11:55:35 PM(UTC-4)

Baby, can u please send me a picture of u naked. And i live in Florida. Where do u live?

vitoria Jones,
5/15/2017 11:56:25 PM(UTC-4)

Florida

Scott
5/15/2017 11:56:45 PM(UTC-4)

Really? Where in Florida baby

vitoria Jones,
5/15/2017 11:57:09 PM(UTC-4)

I frogot

Scott
5/15/2017 11:57:28 PM(UTC-4)

Ok :) so what are u doing?

vitoria Jones,
5/15/2017 11:58:14 PM(UTC-4)

I want to have sex with you

Scott
5/15/2017 11:58:43 PM(UTC-4)

I want to have sex with u too baby girl. I want to touch u so bad.

Scott
5/15/2017 11:59:06 PM(UTC-4)

Baby please send me a naked picture of u.

vitoria Jones,
5/16/2017 12:00:18 AM(UTC-4)

Baby I want to have a baby

Scott
5/16/2017 12:00:46 AM(UTC-4)

Ok baby :) we can make one together.

vitoria Jones,
5/16/2017 12:02:09 AM(UTC-4)

Yay come to fair grove an pick me up

vitoria Jones,
5/16/2017 12:02:24 AM(UTC-4)

Tomorrow

Scott
5/16/2017 12:04:12 AM(UTC-4)

Ok baby :) ill come after work

vitoria Jones,
5/16/2017 12:04:29 AM(UTC-4)

Yes

Scott
5/16/2017 12:05:05 AM(UTC-4)

What grade are u in school baby?

vitoria Jones,
5/16/2017 12:05:16 AM(UTC-4)

2

5



Scott                                                                    5/16/2017 12:05:44 AM(UTC-4)
Awwww :) baby, i really really want to see u naked. Can u take a picture for me

vitoria Jones,                                                          5/16/2017 12:06:00 AM(UTC-4)
I can't

Scott                                                                    5/16/2017 12:06:19 AM(UTC-4)
Is anyone in the room with u?

vitoria Jones,                                                          5/16/2017 12:06:32 AM(UTC-4)
Yah

Scott                                                                    5/16/2017 12:06:40 AM(UTC-4)
Aww :( who?

vitoria Jones,                                                          5/16/2017 12:07:00 AM(UTC-4)
My brother

Scott                                                                    5/16/2017 12:07:12 AM(UTC-4)
Oh ok :( how old is he baby girl?

vitoria Jones,                                                          5/16/2017 12:07:42 AM(UTC-4)
10

Scott                                                                    5/16/2017 12:08:07 AM(UTC-4)
Aww :) ok. Can u go to the bathroom and take a picture?

vitoria Jones,                                                          5/16/2017 12:08:20 AM(UTC-4)
Yes

Scott                                                                    5/16/2017 12:08:38 AM(UTC-4)
Yayyyy :) ok do that for me baby

vitoria Jones,                                                          5/16/2017 12:08:56 AM(UTC-4)
No

Scott                                                                    5/16/2017 12:09:09 AM(UTC-4)
:( y not

vitoria Jones,                                                          5/16/2017 12:09:25 AM(UTC-4)
My mom

Scott                                                                    5/16/2017 12:10:01 AM(UTC-4)
Oh :( ok. Is that your mom in that pic u have on here?

vitoria Jones,                                                          5/16/2017 12:10:15 AM(UTC-4)
Yeah

Scott                                                                    5/16/2017 12:10:37 AM(UTC-4)
U look like her baby. She's pretty too.

vitoria Jones,                                                          5/16/2017 12:11:46 AM(UTC-4)
Were not dating

6

Scott
5/16/2017 12:12:02 AM(UTC-4)

Y not :(

vitoria Jones,
5/16/2017 12:12:24 AM(UTC-4)

Because im 9

Scott
5/16/2017 12:13:08 AM(UTC-4)

So :( age is just a number baby.

vitoria Jones,
5/16/2017 12:13:28 AM(UTC-4)

No

Scott
5/16/2017 12:13:59 AM(UTC-4)

Ok :( Do u still want to have sex with me baby?

vitoria Jones,
5/16/2017 12:14:14 AM(UTC-4)

No

Scott
5/16/2017 12:14:26 AM(UTC-4)

:( im sad now baby

vitoria Jones,
5/16/2017 12:15:14 AM(UTC-4)

Dont care

Scott
5/16/2017 12:15:43 AM(UTC-4)

Ima tell your mom and dad your on this app

vitoria Jones,
5/30/2017 6:56:09 PM(UTC-4)

Hi boyfriend

vitoria Jones,
5/30/2017 6:58:10 PM(UTC-4)

Can you chat please

vitoria Jones,
5/30/2017 7:35:16 PM(UTC-4)

Fuck you ass hole I moved now because of you and your stupid kids just don't u talk u find me at walmart then your died because you are so rude that if your kids talk to men I will hurt them really bad you known it to I can do it so byeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeeee

Scott
5/30/2017 9:12:26 PM(UTC-4)

Lol ok? Wtf???

vitoria Jones,
5/30/2017 9:18:38 PM(UTC-4)

Yay

Scott
5/30/2017 9:20:05 PM(UTC-4)

Hi

vitoria Jones,
5/30/2017 9:23:33 PM(UTC-4)

I have a gift for your kids

Scott
5/30/2017 9:23:48 PM(UTC-4)

Oh yea? Whats that



vitoria Jones,                                    5/30/2017 9:24:14 PM(UTC-4)

Jojo bows

Scott                                            5/30/2017 9:25:02 PM(UTC-4)

Those are the lollipops right?

vitoria Jones,                                    5/30/2017 9:25:29 PM(UTC-4)

Yes

Scott                                            5/30/2017 9:26:03 PM(UTC-4)

Aww :) your so sweet. I want one too lol

vitoria Jones,                                    5/30/2017 9:26:16 PM(UTC-4)

Okay

vitoria Jones,                                    5/30/2017 9:26:48 PM(UTC-4)

Do you know me

Scott                                            5/30/2017 9:27:50 PM(UTC-4)

I spoke to u on here once before but i don't really remember u. Can i see a picture of u?

vitoria Jones,                                    5/30/2017 9:28:42 PM(UTC-4)

p://hi-sp1705_32491828_1496194120707-jpg

p hi-
sp1705_32491828_149619
4120707-jpg

Scott                                            5/30/2017 9:29:01 PM(UTC-4)

Oh yea, i remember u now. Ok :)

vitoria Jones,                                    5/30/2017 9:29:29 PM(UTC-4)

Im sorry what I said

Scott                                            5/30/2017 9:29:59 PM(UTC-4)

Its ok

vitoria Jones,                                    5/30/2017 9:30:20 PM(UTC-4)

Sexy

Scott                                            5/30/2017 9:30:51 PM(UTC-4)

U are sexy too :) have u taken any sexy pictures for me baby girl

vitoria Jones,                                    5/30/2017 9:31:03 PM(UTC-4)

No

Scott                                            5/30/2017 9:31:30 PM(UTC-4)

Aww :/ u should soon, i would really love to see u

vitoria Jones,                                    5/30/2017 9:32:08 PM(UTC-4)

Okay show me a pic of your kids

8



Scott
5/30/2017 9:33:03 PM(UTC-4)

p://hi-sp1705_26786636_1496194383337-jpg

p hi-
sp1705_26786636_149619
4383337-jpg

Scott
5/30/2017 9:33:23 PM(UTC-4)

p://hi-sp1705_26786636_1496194403549-jpg

p hi-
sp1705_26786636_149619
4403549-jpg

vitoria Jones,
5/30/2017 9:33:55 PM(UTC-4)

Aww  can they be min

vitoria Jones,
5/30/2017 9:34:02 PM(UTC-4)

E

Scott
5/30/2017 9:35:14 PM(UTC-4)

Maybe :) if u will be mine. U should send me another picture of u

vitoria Jones,
5/30/2017 9:35:42 PM(UTC-4)

Yes I will be yours

Scott
5/30/2017 9:35:56 PM(UTC-4)

Yayyyyy :)

vitoria Jones,
5/30/2017 9:36:06 PM(UTC-4)

p://hi-sp1705_32491828_1496194565063-jpg

p hi-
sp1705_32491828_149619
4565063-jpg

Scott
5/30/2017 9:36:42 PM(UTC-4)

Can u send me a different picture baby girl. I remember u sent me this last time we talked

vitoria Jones,
5/30/2017 9:36:59 PM(UTC-4)

My kids are cute

Scott
5/30/2017 9:37:14 PM(UTC-4)

Mmhmm :)

vitoria Jones,                                                    5/30/2017 9:37:22 PM(UTC-4)

p://hi-sp1705_32491828_1496194639872-jpg



p hi-
sp1705_32491828_149619
4639872-jpg

---

vitoria Jones,                                                    5/30/2017 9:37:53 PM(UTC-4)

They are

---

Scott                                                            5/30/2017 9:38:51 PM(UTC-4)

Soooo cute ❤

---

vitoria Jones,                                                    5/30/2017 9:39:21 PM(UTC-4)

I know honey my babys

---

Scott                                                            5/30/2017 9:40:03 PM(UTC-4)

I want to see a sexy picture of your little one

---

vitoria Jones,                                                    5/30/2017 9:40:22 PM(UTC-4)

I know honey  our kids are cute

---

Scott                                                            5/30/2017 9:40:51 PM(UTC-4)

Mmhmm :) can i see u or your daughter naked baby?

---

vitoria Jones,                                                    5/30/2017 9:40:55 PM(UTC-4)

p://hi-sp1705_32491828_1496194853451-jpg

p hi-
sp1705_32491828_149619
4853451-jpg

---

Scott                                                            5/30/2017 9:41:13 PM(UTC-4)

Soooo cute

---

vitoria Jones,                                                    5/30/2017 9:41:25 PM(UTC-4)

Yours frist

---

Scott                                                            5/30/2017 9:41:49 PM(UTC-4)

Ok, hold on

---

Scott                                                            5/30/2017 9:42:43 PM(UTC-4)

p://hi-sp1705_26786636_1496194963719-jpg

p hi-
sp1705_26786636_149619
4963719-jpg

---

Scott                                                            5/30/2017 9:42:51 PM(UTC-4)

My youngest daughter



vitoria Jones,                                                    5/30/2017 9:43:01 PM(UTC-4)

Yes

Scott                                                            5/30/2017 9:43:41 PM(UTC-4)

p://hi-sp1705_26786636_1496195021723-jpg

p hi-
sp1705_26786636_149619
5021723-jpg

vitoria Jones,                                                   5/30/2017 9:43:41 PM(UTC-4)

An there hole body

Scott                                                            5/30/2017 9:43:50 PM(UTC-4)

My oldest daughter

vitoria Jones,                                                   5/30/2017 9:44:26 PM(UTC-4)

Yes with no clothes

vitoria Jones,                                                   5/30/2017 9:45:04 PM(UTC-4)

So cute

Scott                                                            5/30/2017 9:45:11 PM(UTC-4)

I can't take a pic of her with no clothes yet. Show me a naked pic of your little one baby girl

Scott                                                            5/30/2017 9:45:33 PM(UTC-4)

p://hi-sp1705_26786636_1496195133020-jpg

p hi-
sp1705_26786636_149619
5133020-jpg

vitoria Jones,                                                   5/30/2017 9:46:08 PM(UTC-4)

Now you and her

Scott                                                            5/30/2017 9:46:27 PM(UTC-4)

Show me your daughter now baby girl

vitoria Jones,                                                   5/30/2017 9:47:17 PM(UTC-4)

My daughter asleep

vitoria Jones,                                                   5/30/2017 9:47:53 PM(UTC-4)

You m

Scott                                                            5/30/2017 9:47:53 PM(UTC-4)

Its ok, my youngest is to. Just go in and take a picture of her with her pants down baby girl

vitoria Jones,                                                   5/30/2017 9:48:48 PM(UTC-4)

I can't she is at her dad's I frogot

1



Scott
5/30/2017 9:48:59 PM(UTC-4)

Ok.... bye

vitoria Jones,
5/30/2017 9:49:22 PM(UTC-4)

No wait im sorry

Scott
5/30/2017 9:50:16 PM(UTC-4)

Stop lying to me. Thats what u did last time we talked to. Its ok, i know u are the little girl. Just send me a naked picture of u baby. I really want to see u

vitoria Jones,
5/30/2017 9:50:50 PM(UTC-4)

p://hi-sp1705_32491828_1496195445210-jpg

p hi-
sp1705_32491828_149619
5445210-jpg

Scott
5/30/2017 9:51:42 PM(UTC-4)

Yesssss! Thank u baby girl ;) can u take another one so i can see u better. I can't really see that one

vitoria Jones,
5/30/2017 9:51:49 PM(UTC-4)

p://hi-sp1705_32491828_1496195506703-jpg

p hi-
sp1705_32491828_149619
5506703-jpg

Scott
5/30/2017 9:52:42 PM(UTC-4)

Yesssss!!! Omg i love u baby girl. U are soooo sexyyyy!

Scott
5/30/2017 9:54:56 PM(UTC-4)

V://hi-sp1705_26786636_1496195695966 37

V hi-
sp1705_26786636_149619
5695966 37

Scott
5/30/2017 9:55:14 PM(UTC-4)

Me and my daughter

vitoria Jones,
5/30/2017 10:15:29 PM(UTC-4)

Hey are you w.awake

Scott
5/30/2017 10:19:11 PM(UTC-4)

Yes baby girl, i am. I really really want to see a full naked pic of u

vitoria Jones,
5/30/2017 10:19:49 PM(UTC-4)

Aww I was hoping you were up

12

vitoria Jones,   5/30/2017 10:20:03 PM(UTC-4)

I want to see , mi re of you first

Scott   5/30/2017 10:22:22 PM(UTC-4)

Ok ;)

Scott   5/30/2017 10:23:11 PM(UTC-4)

p://hi-sp1705_26786636_1496197391043-jpg

p hi-
sp1705_26786636_149619
7391043-jpg

Scott   5/30/2017 10:23:46 PM(UTC-4)

p://hi-sp1705_26786636_1496197425319-jpg

p hi-
sp1705_26786636_149619
7425319-jpg

Scott   5/30/2017 10:23:59 PM(UTC-4)

p://hi-sp1705_26786636_1496197439852-jpg

p hi-
sp1705_26786636_149619
7439852-jpg

vitoria Jones,   5/30/2017 10:24:42 PM(UTC-4)

So di you live around me im from high poite

Scott   5/30/2017 10:25:39 PM(UTC-4)

Im in Florida baby :( what state are u in?

Scott   5/30/2017 10:26:06 PM(UTC-4)

V://hi-sp1705_26786636_1496197566836 14

V   hi-
sp1705 26786636 149619
7566836 14

vitoria Jones,   5/30/2017 10:26:29 PM(UTC-4)

South carolina we moved recently

Scott   5/30/2017 10:26:45 PM(UTC-4)

Aww :/ i could come see u :)

vitoria Jones,   5/30/2017 10:27:32 PM(UTC-4)

Aww really my dad wouldnt like that he dont know

13

vitoria Jones,                                                                    5/30/2017 10:27:53 PM(UTC-4)

We have to keepe it a secret

Scott                                                                             5/30/2017 10:28:08 PM(UTC-4)

Lol yea i know :/ he doesn't have to know. Its our little secret :)

vitoria Jones,                                                                    5/30/2017 10:28:56 PM(UTC-4)

When could you come see me then

Scott                                                                             5/30/2017 10:29:31 PM(UTC-4)

Maybe this weekend or next weekend. I want to see u and hug u and kiss u baby girl

Scott                                                                             5/30/2017 10:29:43 PM(UTC-4)

Can i please see a full naked picture of u baby

vitoria Jones,                                                                    5/30/2017 10:30:01 PM(UTC-4)

Not yet parents are awake

vitoria Jones,                                                                    5/30/2017 10:30:17 PM(UTC-4)

Im playin like. I have to sleep

vitoria Jones,                                                                    5/30/2017 10:31:25 PM(UTC-4)

how are we going find each other one your here are you goong to kid nap me :-)

Scott                                                                             5/30/2017 10:32:11 PM(UTC-4)

Aww lol ok. I bet u look so cute in bed right now baby girl. And no im not gonna kid nap u baby girl. But we can talk on here or u should get the app kik and we can talk on there

vitoria Jones,                                                                    5/30/2017 10:32:52 PM(UTC-4)

I thought you was coming to seee mi

vitoria Jones,                                                                    5/30/2017 10:32:56 PM(UTC-4)

Me

vitoria Jones,                                                                    5/30/2017 10:34:10 PM(UTC-4)

We moved from north carolina I think I nm know daughter

Scott                                                                             5/30/2017 10:34:23 PM(UTC-4)

I am baby girl. And till then we can talk on here :)

vitoria Jones,                                                                    5/30/2017 10:34:38 PM(UTC-4)

Did you ever live in north carolina

vitoria Jones,                                                                    5/30/2017 10:36:06 PM(UTC-4)

I would love to see your face :-)

vitoria Jones,                                                                    5/30/2017 10:36:29 PM(UTC-4)

Send me a picture until the pare ts go too bed

vitoria Jones,                                                                    5/30/2017 10:36:40 PM(UTC-4)

Parents

Scott                                                                             5/30/2017 10:36:48 PM(UTC-4)

No i didn't  :( i wish i could have seen u if i did. And ok baby girl, i will

14



Scott                                                                5/30/2017 10:37:14 PM(UTC-4)

p://hi-sp1705_26786636_1496198234199-jpg

p hi-
sp1705_26786636_149619
8234199-jpg

Scott                                                                5/30/2017 10:37:48 PM(UTC-4)

I wish i could see u baby.

Scott                                                                5/30/2017 10:48:02 PM(UTC-4)

U should get kik baby. We could text on that

15



# Extraction Report
Cellebrite UFED Reports

## Participants
Scott :) nydaddy1227
Ash M Kayeli1514

## Conversation - Instant Messages (35)

☆ **Kayeli1514 Ash M**                                               11/24/2015 12:52:58 AM(UTC-5)

Hey you. I miss you. Hope you're doing ok

☆ **Kayeli1514 Ash M**                                               11/24/2015 12:56:51 AM(UTC-5)

I literally haven't gotten myself of not once since that night you wee showing me videos of Sam

☆  **nydaddy1227 Scott :)**                                          11/24/2015 11:32:37 AM(UTC-5)

Hi beautiful. Wow, that's a surprise lol. U must have been very warn out :p I've missed u and hope u have been ok

☆ **Kayeli1514 Ash M**                                               11/24/2015 11:55:52 AM(UTC-5)

Good morning :) yeah I think I am a little wom out and I suck... I feel a little guilty.

☆  **nydaddy1227 Scott :)**                                         11/24/2015 5:16:59 PM(UTC-5)

Awww :/ it happens sweetheart, I feel guilty all the time tho not as much as I did when I first started. Just understand that there is really nothing wrong with the guilt or the actions causing u to feel that way. Its all normal and it'll pass. I'm always here when u want to see a sexy little 9 year olds pussy ;) btw, cute pic on fb of u and K (: I couldn't help but like it lol

☆ **Kayeli1514 Ash M**                                              11/24/2015 6:01:13 PM(UTC-5)

I always WANT to see it :) lol and thanks :) :) you can like my pics all you want lol

☆  **nydaddy1227 Scott :)**                                         11/27/2015 12:25:32 AM(UTC-5)

https://platform.kik.com/content/files/ecaee2f1-9a7b-43ed-98ac-
977db7e2968a?k=458fa68cbf8ade73dae2fa89a5aa1431ffd67c94



46563231d4909d1a4a2759
31265b5ad

☆  **nydaddy1227 Scott :)**                                         11/27/2015 12:26:38 AM(UTC-5)

https://platform.kik.com/content/files/2198e0a7-96f5-4e3d-95a5-
647ebc69e7da?k=89a2990948797f5bea1fa6321fa6433ea69a72a9



c20603004e6d1afdb54288d
8bfcd808b

1

nydaddy1227 Scott :)                                                                    11/27/2015 12:30:37 AM(UTC-5)

https://platform.kik.com/content/files/3df2184b-af32-4065-a41c-
55e2fb655099?k=c1c8b5f137448a1d6d88875bccfe8c3baca44a03

f62700967536003d878c564
e3d6c95df

nydaddy1227 Scott :)                                                                    11/27/2015 12:31:12 AM(UTC-5)

https://platform.kik.com/content/files/deaa8dc1-2364-43b0-8be0-
8029a0d478f1?k=78308917d13a9979486909846d0fcd75d5aa49c4

63f08f9690e694aaaa2b477f
3f859fd5

Kayeli1514 Ash M                                                                        11/27/2015 2:29:22 AM(UTC-5)

Oh baby!!! I wish I would have been home!! I miss her sweet little pussy

Kayeli1514 Ash M                                                                        11/27/2015 11:09:05 PM(UTC-5)

Hey babe

Kayeli1514 Ash M                                                                        12/2/2015 2:41:49 AM(UTC-5)

Did you forget about me :(

nydaddy1227 Scott :)                                                                    12/2/2015 9:31:49AM(UTC-5)

No, I could never forget about u beautiful. U are always on my mind no matter if u hear from me or not. Remember, I work at
Wal-Mart so this past week and a half has been busy lol. I barely have enough time lately to go on fb. I also got a new phone
and haven't switched my kik from my old one yet. But how have u been baby, how was your thanksgiving?

Kayeli1514 Ash M                                                                        12/2/2015 10:03:49 AM(UTC-5)

Lol I understand :) I just miss you! I saw you on Kik chat yesterday and i thought, "why isn't he talking to me" but I know we
both have lives outside of this
Thing. Mine is just better when I'm talking to you lol. Thanksgiving was good. We didn't do anything at all on the actual day.
Just laid in bed the whole day. How was yours?

nydaddy1227 Scott :)                                                                    12/2/2015 10:57:55 AM(UTC-5)

I actually wasn't on chat yesterday lol, but I did get some new messages so idk y its saying that I was. U are right, we both
do have lives outside of this but u are different then anyone I have ever talked to on here, I have u on fb so we are always
connected one way or the other for that reason. I missed u a lot and I enjoyed seeing the video of K the other day on fb lol.
She is so cute <3 . But thanksgiving was work for me, got home late after the madness at Wal-Mart and then fingered
Sammie for a little while before I came ;)

Kayeli1514 Ash M                                                                        12/2/2015 10:59:49 AM(UTC-5)

We are always connected :) I think about you daily. Just hope you know that. I miss your videos with Sam!!

nydaddy1227 Scott :)                                                                    12/2/2015 11:06:55 AM(UTC-5)

Haha I love sending u those ;) I haven't been doing it much, maybe tonight I will tho

Kayeli1514 Ash M                                                                        12/2/2015 11:13:27 AM(UTC-5)

Has she been awake while you did it at all?

nydaddy1227 Scott :)                                                                    12/2/2015 11:19:13 AM(UTC-5)

No :( like I said I haven't been doing it much lately so u have basically seen and were talking to me through the last time she
woke up while I was doing it. I have been horny lately tho ;) I want her to be awake so bad next time lol

2



Kayeli1514 Ash M                                                        12/2/2015 11:20:27 AM(UTC-5)

I want her to be awake too :) I would love her to be awake so you can actually get those bottoms off her and I can see her beautiful pussy

nydaddy1227 Scott :)                                                   12/2/2015 11:23:02 AM(UTC-5)

Mmmm ;) maybe ill make her get undressed tonight

Kayeli1514 Ash M                                                        12/2/2015 11:23:25 AM(UTC-5)

Lol plus I erased all the vids that I had because I was freaked out having them so I haven't seen her yummy little pussy for a while

Kayeli1514 Ash M                                                        12/2/2015 11:23:50 AM(UTC-5)

You're still the best :) I miss you

nydaddy1227 Scott :)                                                   12/2/2015 11:27:19 AM(UTC-5)

Awww lol, your going through withdrawals :p believe me, her little pussy will always be here for u to see, that is a promise. Its only been 2 weeks since u went away for a little bit and I've been working so many hours. We have the rest of our lives to get off to her wet, tight, young little pussy ;)

nydaddy1227 Scott :)                                                   12/2/2015 11:29:04 AM(UTC-5)

https://platform.kik.com/content/files/ed210480-5895-4341-8fba-249be9ce46d6?k=91baaed43c7286d2cdfc764f284d12ad32f7f470

ed210480-5895-4341-8fba-249be9ce46d6.jpg

Kayeli1514 Ash M                                                        12/2/2015 11:29:05 AM(UTC-5)

We do have the rest of our lives :) I look forward to a lot. And I was gone about the same amount of time. I couldn't stay away though

nydaddy1227 Scott :)                                                   12/2/2015 11:29:41 AM(UTC-5)

Well I'm happy to hear that because I love when u see her ;)

Kayeli1514 Ash M                                                        12/2/2015 11:31:00 AM(UTC-5)

Mmmm thank you baby!! My pussy is throbbing. I wish I wasn't at work. I want to get off to her beautiful little pussy

nydaddy1227 Scott :)                                                   12/2/2015 11:33:41 AM(UTC-5)

I want u too ;) I'm home, I actually get almost a day off, I have to go to work for like an hour or 2 and then ima come home and look at your vids. I miss your pussy

Kayeli1514 Ash M                                                        12/2/2015 11:37:53 AM(UTC-5)

Awe good! I love the thought of you getting off to my pussy! It has definitely missed you :) I need some Scott and Sammie back in my life ASAP

nydaddy1227 Scott :)                                                   12/2/2015 11:42:51 AM(UTC-5)

Haha we will always be here and more specifically tonight she will be wet and ready to go for u ;) and I love your pussy, u really have such an amazing body and u being how u are just makes u the sexiest woman alive in my opinion.

Kayeli1514 Ash M                                                        12/2/2015 11:45:26 AM(UTC-5)

You're so sweet to me :) I can't wait for tonight. Aaaaahhhhhh

Kayeli1514 Ash M                                                        12/3/2015 12:46:27 AM(UTC-5)

Hey baby

3

nydaddy1227 Scott :)                                                    12/30/2015 12:50:51 AM(UTC-5)

Did u delete me? Lol I'm sorry, I've had so much to do this month as im sure u could tell by my fb. But now that my work load will slow down I can get back to what I love to do, which I'd talk to u.



# Extraction Report
Cellebrite UFED Reports

## Participants

Scott :) nydaddy1227
deleted app Jennjam1354

## Conversation - Instant Messages (201)

☆ 🌐 Jennjam1354 deleted app — 1/5/2016 2:07:36 AM(UTC-5)

That's how I got too

☆ Jennjam1354 deleted app — 1/5/2016 2:58:08 AM(UTC-5)

It sucks lol

☆ nydaddy1227 Scott :) — 1/5/2016 2:59:15 AM(UTC-5)

Yes, it does. But eventually u get the confidence and u get horny enough to where your just gonna do it regardless

☆ Jennjam1354 deleted app — 1/5/2016 2:59:47 AM(UTC-5)

But I can't have her know

☆ nydaddy1227 Scott :) — 1/5/2016 3:00:24 AM(UTC-5)

Abd she wont. Sam dint know.... well shes not telling me she knows. And btw, I still have another child lol ;) whenever u want to cam with her, just let me know. Haha

☆ Jennjam1354 deleted app — 1/5/2016 3:00:54 AM(UTC-5)

Yes!! I love when you had her suck your cock

☆ nydaddy1227 Scott :) — 1/5/2016 3:01:23 AM(UTC-5)

I know u did. I want to have her do it again for u.

☆ Jennjam1354 deleted app — 1/5/2016 3:01:36 AM(UTC-5)

Yes baby!!!

☆ Jennjam1354 deleted app — 1/5/2016 3:01:40 AM(UTC-5)

Please!

☆ nydaddy1227 Scott :) — 1/5/2016 3:02:28 AM(UTC-5)

Whenever u have free time baby. Cant be the next 2 days but after I should be home for a few days

☆ Jennjam1354 deleted app — 1/5/2016 3:03:03 AM(UTC-5)

Well just let me know when you have the ability to

☆ Jennjam1354 deleted app — 1/5/2016 3:03:16 AM(UTC-5)

I'm usually pretty free in the evenings

☆ nydaddy1227 Scott :) — 1/5/2016 3:05:33 AM(UTC-5)

Ok (: I want to show u her pussy, I've been looking at it a lot lately. Shes getting to that age now, she just turned 3 so ima start with her before she's 4

Jennjam1354 deleted app                                          1/5/2016 3:05:51 AM(UTC-5)

Start with her?

Jennjam1354 deleted app                                          1/5/2016 3:06:03 AM(UTC-5)

I love her little pussy

Jennjam1354 deleted app                                          1/5/2016 3:06:12 AM(UTC-5)

You've showed me a little of it :)

nydaddy1227 Scott :)                                             1/5/2016 3:06:46 AM(UTC-5)

Playing with her clit and licking her pussy. Maybe a finger if I can. I know I have before but I want ti show u more

Jennjam1354 deleted app                                          1/5/2016 3:07:12 AM(UTC-5)

Omg

Jennjam1354 deleted app                                          1/5/2016 3:07:26 AM(UTC-5)

Babe I would die to see you licking her clit

Jennjam1354 deleted app                                          1/5/2016 3:07:39 AM(UTC-5)

God

nydaddy1227 Scott :)                                             1/5/2016 3:07:56 AM(UTC-5)

Then that's what ima do to her when we Skype ;)

Jennjam1354 deleted app                                          1/5/2016 3:08:00 AM(UTC-5)

And you can do that while she's awake and there's light! Lol

nydaddy1227 Scott :)                                             1/5/2016 3:08:09 AM(UTC-5)

Yesss!

Jennjam1354 deleted app                                          1/5/2016 3:08:09 AM(UTC-5)

God babe

Jennjam1354 deleted app                                          1/5/2016 3:08:20 AM(UTC-5)

I would die

nydaddy1227 Scott :)                                             1/5/2016 3:09:46 AM(UTC-5)

U can't die lol, then who would I share all this with :p so u wanna here something. The last 4 numbers on your new kik name 1354... I used to use those numbers for everything. They were my last 4 of my phone number for like 15 years

Jennjam1354 deleted app                                          1/5/2016 3:10:13 AM(UTC-5)

Hahaha really?

Jennjam1354 deleted app                                          1/5/2016 3:10:15 AM(UTC-5)

That's great

nydaddy1227 Scott :)                                             1/5/2016 3:10:23 AM(UTC-5)

Lmao yes

Jennjam1354 deleted app                                          1/5/2016 3:10:23 AM(UTC-5)

It's my work employee number lol

Jennjam1354 deleted app                                          1/5/2016 3:10:42 AM(UTC-5)

No one knows that lol

2

nydaddy1227 Scott :)                                                                 1/5/2016 3:11:56AM(UTC-5)

Hahaha! That's awesome. When I got my new number I wanted to keep it and I couldn't so the last 2 of this one is 54 as well to keep them similar. That's just the little shit that I love about u. God I've missed u

Jennjam1354 deleted app                                                              1/5/2016 3:12:53 AM(UTC-5)

I've missed you too. Sooooo much

Jennjam1354 deleted app                                                              1/5/2016 3:13:09 AM(UTC-5)

I hate to admit it but I was a little hurt that we weren't talking lol

Jennjam1354 deleted app                                                              1/5/2016 3:13:18 AM(UTC-5)

I know I wasn't either

Jennjam1354 deleted app                                                              1/5/2016 3:13:36 AM(UTC-5)

I just kinda felt a little empty right after lol

Jennjam1354 deleted app                                                              1/5/2016 3:13:55 AM(UTC-5)

I mean you helped me express my true sick self lol

Jennjam1354 deleted app                                                              1/5/2016 3:14:03 AM(UTC-5)

You're a huge part of me

Jennjam1354 deleted app                                                              1/5/2016 3:14:19 AM(UTC-5)

And I'm not saying it was you

Jennjam1354 deleted app                                                              1/5/2016 3:14:34 AM(UTC-5)

I'm just saying how we kinda started drifting apart

nydaddy1227 Scott :)                                                                 1/5/2016 3:16:49AM(UTC-5)

:* :* I could never go without u. It just happened, we all know how life gets. U stopped talking to distance yourself a little bit from the whole kid thing and then I stopped talking bc I had a lot going on. I wouldn't say we drifted apart, but took a break. Its like when you see your significant other every day and then go a week or 2 without. Its always so much better when u connect again (:

Jennjam1354 deleted app                                                              1/5/2016 3:17:42 AM(UTC-5)

You are absolutely right. And now we're back at it and it makes me so happy. I never want to lose it

Jennjam1354 deleted app                                                              1/5/2016 3:17:58 AM(UTC-5)

Even if we go months without talking

Jennjam1354 deleted app                                                              1/5/2016 3:18:09 AM(UTC-5)

I always want to come back together

nydaddy1227 Scott :)                                                                 1/5/2016 3:19:14 AM(UTC-5)

That's y I have u on fb lol, your never gonna be able to get rid if me. We will always find a time for this no matter what. And don't think I didn't fb stalk u, bc I did lol

Jennjam1354 deleted app                                                              1/5/2016 3:19:31 AM(UTC-5)

Lmao same here!!

Jennjam1354 deleted app                                                              1/5/2016 3:20:07 AM(UTC-5)

I definitely have. You look so handsome in your new family pics and the girls

nydaddy1227 Scott :)                                                                 1/5/2016 3:21:39AM(UTC-5)

Aww (: lol thank u baby. Those were at bekas 3rd bday party on the 27th. That's funny, we are both so nosey :p

3

Jennjam1354 deleted app — 1/5/2016 3:22:09 AM(UTC-5)

Yes we are :) but I can't help it. I'm drawn to you

nydaddy1227 Scott :) — 1/5/2016 3:25:27 AM(UTC-5)

Like I am 2 u. U and k your vids and pics and hell just the thought of either one of u makes me hard and cum fast af! I'm gonna have to make sure I send u a nice vid of Sam tomorrow night so u can see her again. Ill make sure she's nice and wet. She's been at her moms for 2 days, and she lets her get away with murder so I'm sure she hasn't showered. I bet she will taste so fucking good tomorrow night

Jennjam1354 deleted app — 1/5/2016 3:26:08 AM(UTC-5)

Oh fuck!!!! That gets me soo damn wet babe

Jennjam1354 deleted app — 1/5/2016 3:26:13 AM(UTC-5)

I want to see it so bad

nydaddy1227 Scott :) — 1/5/2016 3:26:35 AM(UTC-5)

I promise u, u will

Jennjam1354 deleted app — 1/5/2016 3:27:21 AM(UTC-5)

I ♥ u! I've so missed you

nydaddy1227 Scott :) — 1/5/2016 3:28:27 AM(UTC-5)

Lol i honestly do love u, your the one ill never have and it sucks. But I know we will always have this right here (: Anyway, its getting late lol. I need to get some sleep

Jennjam1354 deleted app — 1/5/2016 3:29:19 AM(UTC-5)

I love you too. I realllly, really do.

Jennjam1354 deleted app — 1/5/2016 3:29:25 AM(UTC-5)

I need to get some sleep too!

Jennjam1354 deleted app — 1/5/2016 3:29:31 AM(UTC-5)

Plus I'm sick lmao

Jennjam1354 deleted app — 1/5/2016 3:29:40 AM(UTC-5)

I should have been resting a long time ago

nydaddy1227 Scott :) — 1/5/2016 3:30:30 AM(UTC-5)

Oh no :( poor baby, I'm sorry for corrupting your mind and keeping u up lol. Go to sleep sexy, message me tomorrow :* I hope u feel better

Jennjam1354 deleted app — 1/5/2016 3:31:33 AM(UTC-5)

Good night babe  you just kept a smile on my face while I was sick and made me happy

Jennjam1354 deleted app — 1/5/2016 3:31:36 AM(UTC-5)

Talk to you tomorrow

nydaddy1227 Scott :) — 1/5/2016 3:32:23 AM(UTC-5)

Yayyyy! :) the pleasure was all mine. Goodnight beautiful, Sweetdreams

Jennjam1354 deleted app — 1/5/2016 3:32:41 AM(UTC-5)



nydaddy1227 Scott :)  1/6/2016 1:41:24 AM(UTC-5)
https://platform.kik.com/content/files/be2ae11c-cd5f-4b33-8b3e-56803af5282b?k=7efdbb2ef70841c23a08294afbcaea615af9f541

be2ae11c-cd5f-4b33-8b3e-56803af5282b.jpg

nydaddy1227 Scott :)  1/6/2016 1:41:42 AM(UTC-5)
https://platform.kik.com/content/files/97add8d0-22b8-4aff-b5df-c77d824f39e8?k=de670cf415c7419ca4e7e13d875daec5f19bc216

97add8d0-22b8-4aff-b5df-c77d824f39e8.jpg

nydaddy1227 Scott :)  1/6/2016 1:42:11 AM(UTC-5)
https://platform.kik.com/content/files/0831256d-3055-4fbb-b1ca-6df174d49b44?k=accf8df88b86e42aa3388820b3fc26298daf85a3

0831256d-3055-4fbb-b1ca-6df174d49b44.jpg

Jennjam1354 deleted app  1/6/2016 1:52:27 AM(UTC-5)
Mmmmm hey baby

nydaddy1227 Scott :)  1/6/2016 1:53:24 AM(UTC-5)
https://platform.kik.com/content/files/16f1107e-f29b-447b-99a2-cf8fabaa1288?k=7ee1cb9f4180c181877f70918b03d6cd218a5ef8

16f1107e-f29b-447b-99a2-cf8fabaa1288.jpg

nydaddy1227 Scott :)  1/6/2016 1:53:33 AM(UTC-5)
I just came next to her lol

Jennjam1354 deleted app  1/6/2016 1:54:41 AM(UTC-5)
Man I missed it!

Jennjam1354 deleted app  1/6/2016 1:54:47 AM(UTC-5)
Lol nice!!!!!

nydaddy1227 Scott :)  1/6/2016 1:56:59 AM(UTC-5)
Lmao. She was moving to much, I really couldn't di anything tonight. I tried tho. I was rubbing her pussy softly and jerking off while doing it. But everytime I tried to move her blanket today she moved so I couldn't get a good video for u :(

nydaddy1227 Scott :)  1/6/2016 1:57:37 AM(UTC-5)
But she tastes so good!! I licked my finger like 6 times lol

Jennjam1354 deleted app  1/6/2016 2:00:28 AM(UTC-5)
Lol I bet she tastes soo yummy

5



Jennjam1354 deleted app     1/6/2016 2:00:42AM(UTC-5)

I bought K a nightgown today

Jennjam1354 deleted app     1/6/2016 2:01:02AM(UTC-5)

She's wearing to now but she's still awake so I'm not even gonna go there lol

Jennjam1354 deleted app     1/6/2016 2:01:23AM(UTC-5)

Small steps lol

nydaddy1227 Scott :)     1/6/2016 2:01:40AM(UTC-5)

She really does (: and awww I can't wait to see it. Honestly, I bet it looks adorable on her

Jennjam1354 deleted app     1/6/2016 2:02:15AM(UTC-5)

It does :) she looks so cute. I was watching her change into it and I was getting so wet

Jennjam1354 deleted app     1/6/2016 2:02:30AM(UTC-5)

Just knowing the real reason I bought it

nydaddy1227 Scott :)     1/6/2016 2:04:52AM(UTC-5)

Omfg! I wish I could have seen her do that. Just the thought is getting me hard again

Jennjam1354 deleted app     1/6/2016 2:05:38AM(UTC-5)

Lol I should have taken a video

nydaddy1227 Scott :)     1/6/2016 2:08:05AM(UTC-5)

Its ok, there's always next time (:  she's so sexy. Her little pussy is just so perfect! God I'm jealous of u lol

nydaddy1227 Scott :)     1/7/2016 11:56:03PM(UTC-5)

https://platform.kik.com/content/files/e157e368-21bd-4871-a156-
bc0d9898f74a?k=275fd55382af623868ec007f2401ed8ad5e73726

e157e368-21bd-4871-a156-
bc0d9898f74a.mp4

Jennjam1354 deleted app     1/8/2016 2:02:01AM(UTC-5)

:) thanks babe

nydaddy1227 Scott :)     1/19/2016 11:41:08PM(UTC-5)

https://platform.kik.com/content/files/7c8d4bd4-9252-40f1-97f5-
2caaae7a959f?k=7bf0b8dd2ee4a77aa0f84e398d516a39342d54ac

cd3cb4c9b82dfe2a668efa6
1318baba8

nydaddy1227 Scott :)     1/19/2016 11:45:16PM(UTC-5)

https://platform.kik.com/content/files/2fded385-6238-4f3b-8d8a-
7baa48f877e3?k=01e15e4d97a706845cd3141971f4c3f3030bc10c

9ce199e4921f8542a3a9e24
385c5977f



nydaddy1227 Scott :)                                                  1/19/2016 11:52:18 PM(UTC-5)

https://platform.kik.com/content/files/c07c30a9-c457-42c3-8d08-
e264a3b3fb55?k=2f4525c5251e52ef344539c425538104bfb9546f

f32d9babcf8fe951cb896152
706ee392

nydaddy1227 Scott :)                                                  1/19/2016 11:52:30 PM(UTC-5)

https://platform.kik.com/content/files/d8e65735-9370-4d39-be0c-
4110ac8f195f?k=166b4d7c8c8cfee250f7e601718c97058cbf4109

2f0d12a9ebd1094ce39eb6e
88fc009b5

nydaddy1227 Scott :)                                                  1/19/2016 11:52:42 PM(UTC-5)

https://platform.kik.com/content/files/84d988ff-061f-4c49-8f2a-
51a22dd9266d?k=f5dfcae8ca156a719bb09929a9022eeb123362c5

2589831cf382742b19eaa78
34add8dd9

nydaddy1227 Scott :)                                                  1/19/2016 11:53:03 PM(UTC-5)

https://platform.kik.com/content/files/77e1f803-ca45-4635-bbd9-
6c76d7943951?k=0b70d4932b4bb074edd1915a1f55567eea5ce702

77e1f803-ca45-4635-bbd9-
6c76d7943951.jpg

nydaddy1227 Scott :)                                                  1/19/2016 11:53:28 PM(UTC-5)

https://platform.kik.com/content/files/9767f0fb-223f-44a7-a5b0-
66a3f2835607?k=88b5113e6e62b2da35005e764e9b9c58d277adfd

282f1c6b7470d7b4c5f9bc8f
15dbe2d

nydaddy1227 Scott :)                                                  1/19/2016 11:53:37 PM(UTC-5)

https://platform.kik.com/content/files/b912343b-42e5-4aa2-838b-
1869e3cc15e0?k=665a26ba70602040aedb256ac9bd1040761e3876

b912343b-42e5-4aa2-838b-
1869e3cc15e0.jpg

7



nydaddy1227 Scott :)                                               1/19/2016 11:53:55 PM(UTC-5)

https://platform.kik.com/content/files/ed8e1d80-66fa-4de9-b768-
eca83f4ee626?k=4a71be914a5912bff4365cb971486d8767b5375b

ed8e1d80-66fa-4de9-b768-
eca83f4ee626.jpg

nydaddy1227 Scott :)                                               1/19/2016 11:54:15 PM(UTC-5)

https://platform.kik.com/content/files/4059142d-e30c-4968-bb29-
eb494e172bfa?k=12e8931293027c96aef08bbcd3e78896ee90e2d9

4059142d-e30c-4968-bb29-
eb494e172bfa.jpg

nydaddy1227 Scott :)                                               1/19/2016 11:54:29 PM(UTC-5)

https://platform.kik.com/content/files/014dfa66-f7cf-41e5-b0aa-
80994b503286?k=937df27f8001075689fece9f1b4c732867757c49

014dfa66-f7cf-41e5-b0aa-
80994b503286.jpg

nydaddy1227 Scott :)                                               1/19/2016 11:54:40 PM(UTC-5)

https://platform.kik.com/content/files/d47dbc5c-b0af-4cc1-bac1-
0fcb1bd66d83?k=aa7b90ec1050f8192c378c68f1eb6c06916c4f36

d47dbc5c-b0af-4cc1-bac1-
0fcb1bd66d83.jpg

nydaddy1227 Scott :)                                               1/19/2016 11:54:52 PM(UTC-5)

https://platform.kik.com/content/files/f727777c-62a7-4a31-bef0-
8b0a5132b338?k=6ecbeae810100b7968f7963ce2470cfdcab304c5

f727777c-62a7-4a31-bef0-
8b0a5132b338.jpg

nydaddy1227 Scott :)                                               1/19/2016 11:55:05 PM(UTC-5)

https://platform.kik.com/content/files/3f066f2d-b4a8-413c-b446-
38a1e3696b41?k=44e4ead0c25fa52063358c0694384ba43b21e492

3f066f2d-b4a8-413c-b446-
38a1e3696b41.jpg

8



nydaddy1227 Scott :)  1/19/2016 11:55:16 PM(UTC-5)

https://platform.kik.com/content/files/bdda9178-0e4f-4850-b4d5-
aabba12167c1?k=950af27694ec3870915bd11bb5d0f5a72e5e1c86

bdda9178-0e4f-4850-b4d5-
aabba12167c1.jpg

Jennjam1354 deleted app  1/20/2016 12:02:52 AM(UTC-5)

Well hello there

Jennjam1354 deleted app  1/20/2016 12:02:57 AM(UTC-5)

She looks so yummy

Jennjam1354 deleted app  1/20/2016 12:04:16 AM(UTC-5)

Did I hear her moan in that last video??

Jennjam1354 deleted app  1/20/2016 12:04:33 AM(UTC-5)

Such a perfect little pussy

nydaddy1227 Scott :)  1/20/2016 12:04:46 AM(UTC-5)

Lol hiii (: her pussy has been calling me the last few days, I had to play with it a bit. Right after I took that last pic she woke up, looked at me and closed her eyes lol. Yes, she moaned (:

Jennjam1354 deleted app  1/20/2016 12:05:13 AM(UTC-5)

Omg

Jennjam1354 deleted app  1/20/2016 12:05:32 AM(UTC-5)

Was she awake the whole time?

nydaddy1227 Scott :)  1/20/2016 12:06:03 AM(UTC-5)

I know (: no, not that I know of but I really don't know. I stopped now tho

Jennjam1354 deleted app  1/20/2016 12:06:30 AM(UTC-5)

Awe man lol

nydaddy1227 Scott :)  1/20/2016 12:07:34 AM(UTC-5)

Lmao yea I know. I want to keep going but if I did I know she's gonna wake up lol

Jennjam1354 deleted app  1/20/2016 12:08:20 AM(UTC-5)

Did you even get to cum to it?

nydaddy1227 Scott :)  1/20/2016 12:10:10 AM(UTC-5)

No :( she was awake a few nights ago and was laying over my right arm, and with my left I was rubbing her thigh and her pussy and she just layed there and watched tv. She had shorts on tho. But it went on for a good 30-40 mins

Jennjam1354 deleted app  1/20/2016 12:13:51 AM(UTC-5)

Wow nice! Lol

Jennjam1354 deleted app  1/20/2016 12:14:01 AM(UTC-5)

You're getting closer and. Closer

Jennjam1354 deleted app  1/20/2016 12:15:13 AM(UTC-5)

I've been a little distant again from all of this

9

nydaddy1227 Scott :)                                                                    1/20/2016 12:18:56 AM(UTC-5)

Yea by the end of this year I plan on having sex with her. The day i do ima record it and if I have to go as far as mailing it to u I will lol. And its ok, its normal. I kinda figured u have, I've been seeing all your posts on fb about being lonely :( I want to comment on them so bad but if I do I'm gonna end up saying come to Florida lol

Jennjam1354 deleted app                                                                1/20/2016 12:19:36 AM(UTC-5)

I need to see that

Jennjam1354 deleted app                                                                1/20/2016 12:19:49 AM(UTC-5)

I don't care if I'm not watching cp or whatever lol

Jennjam1354 deleted app                                                                1/20/2016 12:19:53 AM(UTC-5)

I need to see that

Jennjam1354 deleted app                                                                1/20/2016 12:20:57 AM(UTC-5)

I went and fell in love with someone here... And it's pretty much driving me absolutely insane...

Jennjam1354 deleted app                                                                1/20/2016 12:21:11 AM(UTC-5)

I can't focus on anything else lately

nydaddy1227 Scott :)                                                                   1/20/2016 12:21:48 AM(UTC-5)

Hahahaha (: u will, I promise. Omg really? He's a lucky guy.... I'm jealous

Jennjam1354 deleted app                                                                1/20/2016 12:21:55 AM(UTC-5)

No....

Jennjam1354 deleted app                                                                1/20/2016 12:23:30 AM(UTC-5)

He's in love with his ex still... Very, very in love. The thing is.... She died a year and a half ago. So even though we're amazing together... We'll never be able to really be together....

Jennjam1354 deleted app                                                                1/20/2016 12:23:42 AM(UTC-5)

It's always something

nydaddy1227 Scott :)                                                                   1/20/2016 12:26:01 AM(UTC-5)

Omg :( that's so fucking heart breaking. That.... I'm sorry baby. I really am. I don't even know what to say to that. U can't even be mad at that, that's got to be so hard for not just u, but that guy. Even still tho, he would never find anyone else quite like u.

Jennjam1354 deleted app                                                                1/20/2016 12:28:19 AM(UTC-5)

It's definitely heart breaking for him. It hurts so bad to know how much pain he's in over it. It sucks. It all sucks... I know he likes me a lot... But whatever. I'm going to try and have patience but it's hurting so incredibly bad... I don't know if I can hang.

Jennjam1354 deleted app                                                                1/20/2016 12:28:23 AM(UTC-5)

Ugh sorry lol

Jennjam1354 deleted app                                                                1/20/2016 12:28:40 AM(UTC-5)

I don't know why I went into all this. I'm sorry

nydaddy1227 Scott :)                                                                   1/20/2016 12:34:24 AM(UTC-5)

Its ok sweetheart. U just needed to get it out. I'm always here to listen and I think sticking around is the best idea. Just don't let yourself get caught out there, try to put up a wall just incase he don't get over it. U don't want to that hurt to multiply.

Jennjam1354 deleted app                                                                1/20/2016 12:35:09 AM(UTC-5)

I agree completely



nydaddy1227 Scott :)                                                         1/20/2016 12:38:24 AM(UTC-5)

If he's smart, he will see that even tho he may not be over her, and he may never be over her because he will never have that closer, he would still open his eyes to see what's un front of him. He'll never find anyone as good as u are. At least that's my opinion.

Jennjam1354 deleted app                                                     1/20/2016 12:46:41 AM(UTC-5)

You're too good to me. I really appreciate that more than you know

nydaddy1227 Scott :)                                                         1/24/2016 12:07:24 AM(UTC-5)

Omg your new fb cover photo! K looks so sexy!!!

Jennjam1354 deleted app                                                     2/8/2016 2:44:18 AM(UTC-5)

:)

Jennjam1354 deleted app                                                     3/29/2016 1:01:11 AM(UTC-4)

I miss you

nydaddy1227 Scott :)                                                         3/31/2016 5:40:07 PM(UTC-4)

Lol I'm always stalking u on fb. Don't worry your not forgotten. I have been curious to know if u moved or u have just been on vacation. I keep seeing u traveling a lot. I haven't been on kik in a while, I haven't been trading anything or doing anything with Sammie. I need to start again lol

Jennjam1354 deleted app                                                     3/31/2016 6:31:02 PM(UTC-4)

Awwww :) I did move but just in the next town over so nothing spectacular. I did travel to Texas to visit my best friend and then I've been taking the kids hiking a lot. I've been getting into It agains since I live by myself :/ it's hard to stop

Jennjam1354 deleted app                                                     4/7/2016 12:49:18 AM(UTC-4)

Come back

nydaddy1227 Scott :)                                                         4/21/2016 11:50:41 PM(UTC-4)

Hi sexy. I hope u are good. Hug and kiss k for me and if u can, touch her for me too ;) lol

Jennjam1354 deleted app                                                     4/22/2016 12:01:30 AM(UTC-4)

nydaddy1227 Scott :)                                                         4/22/2016 4:06:40 PM(UTC-4)

Hello beautiful

Jennjam1354 deleted app                                                     4/22/2016 4:24:21 PM(UTC-4)

Hey you

Jennjam1354 deleted app                                                     4/22/2016 4:24:26 PM(UTC-4)

How have you been?

nydaddy1227 Scott :)                                                         4/22/2016 4:33:21 PM(UTC-4)

I'm good, been busy lately. How about u, what is going on with u

Jennjam1354 deleted app                                                     4/22/2016 4:38:17 PM(UTC-4)

I Haven't been too busy. Life's pretty much the same

nydaddy1227 Scott :)                                                         4/22/2016 4:41:26 PM(UTC-4)

Lol well your life seems so much more interesting then mine. I wanna go hiking and visit the parks u have been visiting. They look beautiful :)

Jennjam1354 deleted app                                                     4/22/2016 4:43:28 PM(UTC-4)

Yeah I LOVE hiking! We've been having a good time going :) it would be awesome if you went!!

nydaddy1227 Scott :)                                                              4/22/2016 4:46:34 PM(UTC-4)

Lol I need an excuse to come to cali with the kids. U could think of so many things to do

Jennjam1354 deleted app                                                          4/22/2016 4:46:57 PM(UTC-4)

Yosemite! It's the perfect excuse

nydaddy1227 Scott :)                                                              4/22/2016 4:59:22 PM(UTC-4)

Lol I'm gonna have to figure something out bc I want to see u (: soooo this weekend I'm gonna have 7 girls sleeping over my house between the ages of 7-10. I'm going out of my mind with ideas of things im going to do. One of them, a 10 year old loves to take off her clothes. This is gonna be fun

Jennjam1354 deleted app                                                          4/22/2016 5:01:41 PM(UTC-4)

Omg!! Are you going to message me when you do?!

nydaddy1227 Scott :)                                                              4/22/2016 5:02:31 PM(UTC-4)

Haha I wouldn't have it any other way ;)

Jennjam1354 deleted app                                                          4/22/2016 5:03:06 PM(UTC-4)

Awe I miss you!

nydaddy1227 Scott :)                                                              4/22/2016 5:03:56 PM(UTC-4)

I kno, I miss u too. I really need to start getting more porn and playing with Sammie again, I'm craving her pussy

Jennjam1354 deleted app                                                          4/22/2016 5:04:09 PM(UTC-4)

I want it too!!!

Jennjam1354 deleted app                                                          4/22/2016 5:04:16 PM(UTC-4)

You haven't been?

nydaddy1227 Scott :)                                                              4/22/2016 5:05:11 PM(UTC-4)

Nope, not for a while. We have all been so busy lately. She's getting little boobies now too

Jennjam1354 deleted app                                                          4/22/2016 5:05:25 PM(UTC-4)

Omg lol

nydaddy1227 Scott :)                                                              4/22/2016 5:06:20 PM(UTC-4)

Ikr! She's growing up so quickly and is so sexy

Jennjam1354 deleted app                                                          4/22/2016 5:07:00 PM(UTC-4)

Man I can't wait to see ;)

nydaddy1227 Scott :)                                                              4/22/2016 5:09:17 PM(UTC-4)

I can't wait to show u ;) how's k, I dreamed about raping her last week u kno

Jennjam1354 deleted app                                                          4/22/2016 5:10:13 PM(UTC-4)

Did you really?! Why didn't you message me

Jennjam1354 deleted app                                                          4/22/2016 5:10:22 PM(UTC-4)

we could have gotten off on it together

Jennjam1354 deleted app                                                          4/22/2016 5:10:37 PM(UTC-4)

I still haven't touched her. I probably never will to be honest



nydaddy1227 Scott :)                                                                4/22/2016 5:13:20PM(UTC-4)

Lol yes I didn't, and actually u were there watching me do it and getting off on it. I didn't message u bc I don't come on here much, kik is on my old phone. I have a kik on my new one that's just to talk to Sammie. Everyone and everything else is on here. I want to fb message u sometimes but I don't for some reason. And don't say u won't, ill make u one day

Jennjam1354 deleted app                                                            4/22/2016 5:14:02 PM(UTC-4)

Well I'm always here and you can always Facebook me.

Jennjam1354 deleted app                                                            4/22/2016 5:14:05 PM(UTC-4)

One day :)

nydaddy1227 Scott :)                                                                4/22/2016 5:15:32 PM(UTC-4)

Haha ;) have u been watching anything good lately? I haven't traded in a while

Jennjam1354 deleted app                                                            4/22/2016 6:53:28 PM(UTC-4)

Just the same old stuff

Jennjam1354 deleted app                                                            4/22/2016 6:53:32 PM(UTC-4)

Nothing new

Jennjam1354 deleted app                                                            4/24/2016 12:30:35 AM(UTC-4)

It's this weekend and you're not messaging me

nydaddy1227 Scott :)                                                                4/24/2016 1:21:16 AM(UTC-4)

https://platform.kik.com/content/files/afa8a01a-cb1f-4a99-9900-7d234e52cc5b?k=2a83967a5ac6ed93a622e926c8142f9233242768

f2d838165b14468771e17bf0e888eb4a

nydaddy1227 Scott :)                                                                4/24/2016 1:21:43 AM(UTC-4)

Because half of them aren't asleep lol

Jennjam1354 deleted app                                                            4/24/2016 1:22:06 AM(UTC-4)

Lol

Jennjam1354 deleted app                                                            4/24/2016 1:22:16 AM(UTC-4)

Makes sense

nydaddy1227 Scott :)                                                                4/24/2016 1:22:28 AM(UTC-4)

https://platform.kik.com/content/files/ab05b5b0-f6f7-4d39-806a-d4ecba0c295d?k=34e8557143a57070e36b0beec4b8e0d3c0853494

443564bb64a07accc05e21342bf06d1d

Jennjam1354 deleted app                                                            4/24/2016 1:22:40 AM(UTC-4)

Hahahaha

nydaddy1227 Scott :)                                                                4/24/2016 1:22:41 AM(UTC-4)

The rest of them are lol

13

Jennjam1354 deleted app — 4/24/2016 1:22:49 AM(UTC-4)

You almost got caught!

nydaddy1227 Scott :) — 4/24/2016 1:23:24 AM(UTC-4)

Lol u saw that huh

Jennjam1354 deleted app — 4/24/2016 1:23:33 AM(UTC-4)

Lol yep

Jennjam1354 deleted app — 4/24/2016 1:24:19 AM(UTC-4)

Looks like fun over there

nydaddy1227 Scott :) — 4/24/2016 1:24:48 AM(UTC-4)

Yea I have 7 girls here lol

Jennjam1354 deleted app — 4/24/2016 1:24:48 AM(UTC-4)

Heaven lol

nydaddy1227 Scott :) — 4/24/2016 1:26:33 AM(UTC-4)

I'm going out of my fucking mind! I want to fuck literally all of them

Jennjam1354 deleted app — 4/24/2016 1:27:21 AM(UTC-4)

Mmmmm that made my pussy wet

nydaddy1227 Scott :) — 4/24/2016 1:28:23 AM(UTC-4)

I would love to see it right now as I'm around all these girls ;)

Jennjam1354 deleted app — 4/24/2016 1:29:44 AM(UTC-4)

https://platform.kik.com/content/files/79888fb0-1635-48f4-9772-546f6869688b?t=Zxw8p-yN47_Hg4M7HHVOsy7sGLkMOirhnaHl3iBaFOjIUBSiSjITT8pwbJ3FvWaxrzRolD3oGgDoDcZmsM-P1XnRxizUwNFgYcwlw8dE9LFbq5jOR05MuZ2EAMGFL10t

ab21601907de4749cd3c22
bb7d2ef313

Jennjam1354 deleted app — 4/24/2016 1:29:53 AM(UTC-4)

Upside down

Jennjam1354 deleted app — 4/24/2016 1:29:54 AM(UTC-4)

lol

nydaddy1227 Scott :) — 4/24/2016 1:30:30 AM(UTC-4)

Omfg!!! Send me a video

Jennjam1354 deleted app — 4/24/2016 1:30:43 AM(UTC-4)

https://platform.kik.com/content/files/e7d718cb-6f70-4771-b2af-2617a7fc0e12?t=Zxw8p-yN47_Hg4M7HHVOsy7sGLkMOirhnaHl3iBaFOjCjM57LPbpHw-lGn1wUURnIRldFrN1zf5e5UHwl01JjegHx72_-mlkbMhti3W02G8jyGGBQJA5OavGw8QOwnZ7

ddd81f7c8869ebc74c3a39c
7b05fb21

14



☆ Jennjam1354 deleted app     4/24/2016 1:31:50 AM (UTC-4)

I wish!!

☆ nydaddy1227 Scott :)     4/24/2016 1:31:59 AM (UTC-4)

I'm right next to them. I want them to see u so bad

☆ nydaddy1227 Scott :)     4/24/2016 1:32:35 AM (UTC-4)

I'm not moving, they are gonna see

☆ Jennjam1354 deleted app     4/24/2016 1:34:19 AM (UTC-4)

I'm so jealous of you with all those girls there

☆ Jennjam1354 deleted app     4/24/2016 1:35:31 AM (UTC-4)

Ok :)

☆ nydaddy1227 Scott :)     4/24/2016 1:35:38 AM (UTC-4)

U have no idea how hard this is for me. I'm gonna message u off my other kik, this phone is about to die

☆ nydaddy1227 Scott :)     4/28/2016 9:15:39 PM (UTC-4)

Did u delete kik?

15



## Extraction Report
Cellebrite UFED Reports

### Participants

miranda
Scott

### Conversation - SayHi Chat Messages (82)



☆ **miranda** — 10/10/2015 2:57:15 AM(UTC-4)
Hey

☆ **Scott** — 10/10/2015 8:54:51 AM(UTC-4)
Heyyy (: Goodmorning beautiful. How are u?

☆ **miranda** — 10/10/2015 8:55:07 AM(UTC-4)
Who r u

☆ **miranda** — 10/10/2015 8:55:11 AM(UTC-4)
Hey

☆ **miranda** — 10/10/2015 8:55:24 AM(UTC-4)
Send a pic of dick plz

☆ **Scott** — 10/10/2015 8:56:23 AM(UTC-4)
Lol I'm someone u messaged yesterday. Really.... lol   just woke up :p how old are u

☆ **miranda** — 10/10/2015 8:56:45 AM(UTC-4)
20

☆ **miranda** — 10/10/2015 8:56:56 AM(UTC-4)
Plz I want to see

☆ **Scott** — 10/10/2015 8:57:37 AM(UTC-4)
p://hi-sp1510_5479604_1444481856568-jpg

p hi-
sp1510_5479604_1444481
856568-jpg

☆ **Scott** — 10/10/2015 8:57:57 AM(UTC-4)
Send me a pic of u ;)

☆ **miranda** — 10/10/2015 8:58:13 AM(UTC-4)
Of me naked

☆ **Scott** — 10/10/2015 8:58:19 AM(UTC-4)
Yes

miranda                                                    10/10/2015 8:58:37 AM(UTC-4)

p://hi-sp1510_22503532_1444481911232-jpg

p hi-
sp1510_22503532_144448
1911232-jpg

Scott                                                      10/10/2015 8:59:03 AM(UTC-4)

Mmmm wow! U are very very sexy

miranda                                                    10/10/2015 8:59:20 AM(UTC-4)

Call me babe or something like that plz

miranda                                                    10/10/2015 8:59:33 AM(UTC-4)

Thank u,u r to

Scott                                                      10/10/2015 8:59:48 AM(UTC-4)

Ok baby girl (:  I love your body

miranda                                                    10/10/2015 9:00:05 AM(UTC-4)

Thank u I love ur dick

miranda                                                    10/10/2015 9:00:10 AM(UTC-4)

I love u babe

Scott                                                      10/10/2015 9:01:02 AM(UTC-4)

Lol ok. I love u too? So how old are u really, bc I kno your not 20....

miranda                                                    10/10/2015 9:02:26 AM(UTC-4)

I am I promise

Scott                                                      10/10/2015 9:03:05 AM(UTC-4)

U have your fb on here u kno. I'm guessing your about 14? Lol its ok, I don't mind

miranda                                                    10/10/2015 9:04:12 AM(UTC-4)

I am 20 ok if u dont believe me I am not going to message u ok and dont look at my facebook ok

Scott                                                      10/10/2015 9:04:42 AM(UTC-4)

Lmfao!

miranda                                                    10/10/2015 9:04:55 AM(UTC-4)

What r u laughing about

Scott                                                      10/10/2015 9:05:08 AM(UTC-4)

U...

miranda                                                    10/10/2015 9:05:17 AM(UTC-4)

For what

miranda                                                    10/10/2015 9:05:30 AM(UTC-4)

It isn't funny at all ok

**Scott** — 10/10/2015 9:06:08 AM(UTC-4)

If u say so. So what are u wearing? ;)

**miranda** — 10/10/2015 9:06:49 AM(UTC-4)

Um none of ur fucking business

**miranda** — 10/10/2015 9:07:04 AM(UTC-4)

Oh u just got roasted do u need some ice for that

**Scott** — 10/10/2015 9:07:44 AM(UTC-4)

Hahaha ok. I can't wait to put your picture on the internet with a screenshot of your name and face. Have a good day (:

**Scott** — 10/10/2015 9:08:22 AM(UTC-4)

And a link to your Facebook (:

**miranda** — 10/10/2015 9:08:37 AM(UTC-4)

Oh fuck u if u do I will so show this to my dad because he is a cop so have fun with that

**miranda** — 10/10/2015 9:08:44 AM(UTC-4)

I am sorry Plz dont

**Scott** — 10/10/2015 9:08:58 AM(UTC-4)

Lol too late. Goodbye

**miranda** — 10/10/2015 9:09:18 AM(UTC-4)

No plz

**Scott** — 10/10/2015 9:10:36 AM(UTC-4)

Fuck u, your rude as hell and now u want to talk to me. Telling me your 20, acting like your 12, and talking about your daddy. Come on now. If your gonna act older then u have to deal with the consequences

**miranda** — 10/10/2015 9:10:40 AM(UTC-4)

Plz

**miranda** — 10/10/2015 9:11:15 AM(UTC-4)

No Plz I promise I wont do it again I promise

**Scott** — 10/10/2015 9:11:49 AM(UTC-4)

Ok, so ill ask u one more time. How old are u, truthfully

**miranda** — 10/10/2015 9:12:25 AM(UTC-4)

15

**Scott** — 10/10/2015 9:13:08 AM(UTC-4)

That's better. I like honest answers..... lol what are u wearing?

**miranda** — 10/10/2015 9:13:20 AM(UTC-4)

My profile on facebook says 8 but that is because I got it when I was 8 so

**miranda** — 10/10/2015 9:13:39 AM(UTC-4)

Um tank top and shorts what r u wearing

**Scott** — 10/10/2015 9:14:17 AM(UTC-4)

Yea, I figured that out lol. U were a cute little kid :p  lol I'm in my boxers, I'm about to get dressed now

3

miranda · 10/10/2015 9:14:39 AM(UTC-4)

Nice

Scott · 10/10/2015 9:15:21 AM(UTC-4)

Mmhmm (: so y did u message me lastnight, u were horny?

miranda · 10/10/2015 9:15:34 AM(UTC-4)

Do u still have the pic i sent u

Scott · 10/10/2015 9:15:45 AM(UTC-4)

Of course I do

miranda · 10/10/2015 9:16:02 AM(UTC-4)

What I didn't do that, that was my sister

Scott · 10/10/2015 9:16:39 AM(UTC-4)

Well someone messaged me lol. How old is your sis?

miranda · 10/10/2015 9:16:52 AM(UTC-4)

21

Scott · 10/10/2015 9:17:17 AM(UTC-4)

Your sis looked younger then u on fb?

miranda · 10/10/2015 9:17:36 AM(UTC-4)

No that is my cousin

Scott · 10/10/2015 9:17:56 AM(UTC-4)

Oh lol ok.

miranda · 10/10/2015 9:18:05 AM(UTC-4)

Yep

miranda · 10/10/2015 9:18:19 AM(UTC-4)

Will u Plz delete the pic I sent u plz

Scott · 10/10/2015 9:18:47 AM(UTC-4)

Absolutely not lol. That pic will never get deleted

miranda · 10/10/2015 9:19:06 AM(UTC-4)

Plz I will get in trouble by my mom

Scott · 10/10/2015 9:19:35 AM(UTC-4)

No u won't, she don't kno me, don't know that I have it.

miranda · 10/10/2015 9:20:23 AM(UTC-4)

Yes she will cuz it is on the messages

miranda · 10/10/2015 9:20:41 AM(UTC-4)

Plz unless u want me to get in trouble

Scott · 10/10/2015 9:21:29 AM(UTC-4)

Well then, just delete your messages silly. Lol u have to learn that when u send out pics like that, they don't go away. ..... I won't put it online as long as your not being rude to me like u were

4



**miranda** — 10/10/2015 9:21:49 AM(UTC-4)

Plz delete it

**Scott** — 10/10/2015 9:22:06 AM(UTC-4)

I'm gonna tell u one more time.... no

**miranda** — 10/10/2015 9:22:10 AM(UTC-4)

I dont want to get in trouble

**Scott** — 10/10/2015 9:22:36 AM(UTC-4)

Ok, listen. Stop saying the same thing to me lol

**miranda** — 10/10/2015 9:23:17 AM(UTC-4)

Sorry I just dont want to get in trouble

**Scott** — 10/10/2015 9:24:10 AM(UTC-4)

U won't as long as u delete your messages. She will never kno. U should send me another one ;) lol

**miranda** — 10/10/2015 9:24:58 AM(UTC-4)

No

**Scott** — 10/10/2015 9:25:47 AM(UTC-4)

Y not? U scared lol. Dont be, I won't put it online

**miranda** — 10/10/2015 9:29:16 AM(UTC-4)

No I have to go sorry

**Scott** — 10/10/2015 9:31:19 AM(UTC-4)

Ok (: ill message u later and ill be expecting another one then ;)

**Scott** — 10/10/2015 8:55:26 PM(UTC-4)

Hello beautiful (: how are u doing tonight?

**miranda** — 10/11/2015 12:39:51 AM(UTC-4)

Leave me the fuck alone

**Scott** — 10/11/2015 12:46:13 AM(UTC-4)

Oh ok (: sure, no problem. Ima post that pic to your fb now. Have a good night

**Scott** — 10/11/2015 12:49:17 AM(UTC-4)

p://hi-sp1510_5479604_1444538956322-jpg

p    hi-
sp1510 5479604 1444538
956322-jpg

**Scott** — 10/11/2015 12:49:33 AM(UTC-4)

165 fb friends to see u naked (:

☆ Scott                                                                     10/12/2015 1:30:00 AM(UTC-4)

p://hi-sp1510_5479604_1444627798640-jpg



p hi-
sp1510_5479604_1444627
798640-jpg

---

☆ Scott                                                                     10/12/2015 1:30:14 AM(UTC-4)

p://hi-sp1510_5479604_1444627813699-jpg



p hi-
sp1510_5479604_1444627
813699-jpg

---

☆ Scott                                                                     10/12/2015 1:31:41 AM(UTC-4)

This is what happens when u are rude to someone. U should try talking next time.... I send that to 134 different picture and video traders on kik. You're pic and info will be all over the internet soon (: have a good night sweetheart