FILED BY _____ D.C.

DEC 08 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CR-14047-DMM

UNITED STATES OF AMERICA

    Plaintiff(s),

vs.

SCOTT JOSEPH TRADER

    Defendant(s).
_____/

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

- [ ] Guns, jewelry, currency, drugs, explosives
  Item Nos. _____
- [ ] Oversize records (larger than 10" x 12" x 15")
  Item Nos. _____
- [ ] Stored by Records Section in: [ ] Miami [ ] FTL [ ] WPB
- [✓] Other (Explain): PLAINTIFF'S SENTENCING EXHIBITS

- [ ] Attachments
  (Exhibit list, Order of Court)

Exhibits Released by:
_____
(Deputy Clerk)

Signature: *Hilda J. Fernandez*
Print Name: Hilda J. Fernandez
Agency or Firm: USAO
Address: 500 S. Australian Ave
West Palm Beach, FL 33401
Telephone: 561-820-8711
Date: 12/8/2017

ORIGINAL - Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record