UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 17-14047-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SCOTT JOSEPH TRADER,

        Defendant.

_____/

## NOTICE OF APPEAL

Notice is hereby given that Scott Joseph Trader, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment and commitment (DE 40) entered in this action on the 8th day of December, 2017.

Respectfully submitted,

MICHAEL CARUSO
Federal Public Defender

By:   s/Fletcher Peacock_____
      Assistant Federal Public Defender
      Florida Bar No. 441996
      109 North 2nd Street
      Fort Pierce, Florida  34950
      (772) 489-2123 - Telephone
      (772) 489-3997 - Fax
      *Fletcher_Peacock@fd.org*

## CERTIFICATE OF SERVICE

I HEREBY certify that on December 18, 2017 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By   *s/Fletcher Peacock*_____

<u>**SERVICE LIST**</u>

**UNITED STATES OF AMERICA V. SCOTT JOSEPH TRADER**
**Case No. 17-14047-CR-MIDDLEBROOKS**
**United States District Court, Southern District of Florida**


Fletcher Peacock
Fletcher_Peacock@fd.org
Assistant Federal Public Defender
109 North Second Street
Fort Pierce, FL 34950
Tel: 772-489-2123
Fax: 772-489-3997
Attorney for Trader
Notices of Electronic Filing


Marton Gyires
marton.gyires@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
101 South U.S. Hwy 1, Suite 3100
Fort Pierce, Florida 34950
Tel:  772-293-0952
Fax: 772-595-3606
Notice of Electronic Filing