UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-14047-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SCOTT JOSEPH TRADER

    Defendant.
_____/

## UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE

The United States of America, by and through its undersigned counsel, moves this Honorable Court to enter a final order of forfeiture in accordance with 18 U.S.C. § 2253. As grounds therefore, the United States would allege as follows:

1. On October 20, 2017, the Court entered a preliminary order of forfeiture based upon the guilty plea and agreement to forfeit of defendant Scott Trader.

2. The preliminary order of forfeiture forfeited the interest of defendant Scott Trader in the following pursuant to 18 U.S.C. § 2253:

    a. One (1) Samsung SM-G920T smartphone;
    b. One (1) LG G6 smartphone;
    c. One (1) 16GB San Disk SD card;
    d. One (1) WD My Passport Ultra external hard drive;
    e. One (1) Samsung SGH-T999 smartphone; and
    f. Nine (9) media storage cards, consisting of two SD cards, four micro SD cards, and three SIM cards.
    g. One (1) Toshiba C655D-S5202 Laptop Computer.

3. Homeland Security Investigations, Immigration and Customs Enforcement served the property ordered forfeited to the United States on 10/31/17. Docket Entry 26.

1

4.     Public notice of action and arrest as to the property described in paragraph 2 appeared by publication on the government internet site for 30 consecutive days beginning on October 26, 2017.  Said notice advised all third parties of their right to petition the Court and of the intent of the United States to dispose of the forfeited property in accordance with law.  Proof of publication was filed with the Court on 11/29/17.  Docket Entry 31.  The time for filing any petitions has expired.

5.     No petitioners have come forward within the time provided for in 21 U.S.C. §853(n).

Based on the above, the United States moves this Honorable Court to enter a final order of forfeiture in accordance with 18 U.S.C. §2253(b), as governed by 21 U.S.C. § 853, providing that:

1.     The property listed in paragraph 2 is forfeited to the United States.

2.     The United States has clear title to the property which has been forfeited to the United States pursuant to the order of forfeiture and may warrant good title to any subsequent purchaser or transferee in accordance with 21 U.S.C. §853(n)(7).

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

BY:  s/ Antonia J. Barnes
ANTONIA J. BARNES (Fl Bar # 261777)
Assistant U.S. Attorney
Antonia.Barnes@usdoj.gov
United States Attorney's Office
500 S. Australian Avenue, Ste. 400
West Palm Beach, Fl. 33401-6235
Telephone: (561) 820-8711
Facsimile: (561) 655-9785
Attorney for United States

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by CM/ECF on December 29, 2017, on all counsel or parties of record on the Service List below.

                                 s/Antonia J. Barnes
                                 ANTONIA J. BARNES

## SERVICE LIST

United States v. Scott Joseph Trader
Case No. 17-14047-CR-MIDDLEBROOKS
United States District Court, Southern District of Florida

Antonia J. Barnes
Assistant U.S. Attorney
Antonia.Barnes@usdoj.gov
U.S. Attorneys Office
500 S. Australian Ave., Ste. 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 655-9785
Attorney for Plaintiff United States
[Service via CM/ECF]

Marton Gyires
Assistant U.S. Attorney
Marton.gyires@usdoj.gov
U.S. Attorneys Office
101 South U.S. Hwy. 1, Ste. 3100
Fort Pierce, FL 34950
Telephone: (772) 293-0952
Facsimile: (772) 595-3606
Attorney for Plaintiff United States
[Service via CM/ECF]

R. Fletcher Peacock
Assistant Federal Public Defender
fletcher_peacock@fd.org
Federal Public Defender's Office
109 North 2nd Street
Fort Pierce, FL 34950
Telephone: (772) 489-2123
Facsimile: (772) 489-3997
Attorney for Defendant Scott Joseph Trader
[Service via CM/ECF]