UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-14047-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SCOTT JOSEPH TRADER

    Defendant.
_____/

## FINAL ORDER OF FORFEITURE

**THIS MATTER** came before the Court on motion of the United States for entry of a final order of forfeiture. The Court having reviewed the file and the pleadings in this matter and being otherwise fully advised in the premises, makes the following findings:

1. On October 20, 2017, the Court entered a preliminary order of forfeiture pursuant to 18 U.S.C. §2253 and Fed.R.Crim. 32.2(b) based upon the guilty plea and agreement to forfeit of defendant Scott Trader.

2. The preliminary order of forfeiture forfeited the interest of defendant Scott Trader in the following:

    a. One (1) Samsung SM-G920T smartphone;
    b. One (1) LG G6 smartphone;
    c. One (1) 16GB San Disk SD card;
    d. One (1) WD My Passport Ultra external hard drive;
    e. One (1) Samsung SGH-T999 smartphone; and
    f. Nine (9) media storage cards, consisting of two SD cards, four micro SD cards, and three SIM cards.
    g. One (1) Toshiba C655D-S5202 Laptop Computer.

3. Publication has been duly made in this matter. The time for filing any petitions

1

has expired.

4. No petitioners have come forward within the time provided for in 21 U.S.C. § 853(n).

Based upon the above findings and the Court being otherwise fully advised in the matter, it is hereby

**ORDERED AND ADJUDGED:**

1. The United States' motion for final order of forfeiture is granted.

2. The following is hereby forfeited to the United States:

   a. One (1) Samsung SM-G920T smartphone;
   b. One (1) LG G6 smartphone;
   c. One (1) 16GB San Disk SD card;
   d. One (1) WD My Passport Ultra external hard drive;
   e. One (1) Samsung SGH-T999 smartphone; and
   f. Nine (9) media storage cards, consisting of two SD cards, four micro SD cards, and three SIM cards.
   g. One (1) Toshiba C655D-S5202 Laptop Computer.

3. The Court finds that the United States has clear title to the property which has been forfeited to the United States pursuant to the order of forfeiture and may warrant good title to any subsequent purchaser or transferee in accordance with 21 U.S.C. § 853(n)(7).

4. Homeland Security Investigations, Immigration and Customs Enforcement, is directed to dispose of the forfeited property in accordance with law.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 2 day of January, 2018.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Antonia J. Barnes, AUSA
 Marton Gyires, AUSA
 R. Fletcher Peacock, AFPD

2

## SERVICE LIST

United States v. Scott Joseph Trader
Case No. 17-14047-CR-MIDDLEBROOKS
United States District Court, Southern District of Florida

Antonia J. Barnes
Assistant U.S. Attorney
Antonia.Barnes@usdoj.gov
U.S. Attorneys Office
500 S. Australian Ave., Ste. 400
West Palm Beach, FL 33401
Telephone: (561) 820-8711
Facsimile: (561) 655-9785
Attorney for Plaintiff United States
[Service via CM/ECF]

Marton Gyires
Assistant U.S. Attorney
Marton.gyires@usdoj.gov
U.S. Attorneys Office
101 South U.S. Hwy. 1, Ste. 3100
Fort Pierce, FL 34950
Telephone: (772) 293-0952
Facsimile: (772) 595-3606
Attorney for Plaintiff United States
[Service via CM/ECF]

R. Fletcher Peacock
Assistant Federal Public Defender
fletcher_peacock@fd.org
Federal Public Defender's Office
109 North 2nd Street
Fort Pierce, FL 34950
Telephone: (772) 489-2123
Facsimile: (772) 489-3997
Attorney for Defendant Scott Joseph Trader
[Service via CM/ECF]