

To: appealstranscripts@flsd.uscourts.gov,
Cc:
Bcc:
Subject: simultaneous transcript access designation form
From: Carl Schanzleh <schanzlehcarl@aol.com> - Friday 01/12/2018 11:39 AM

```
[attachment "strader1.pdf" deleted by Hope Hill/FLSD/11/USCOURTS]
Carl Schanzleh
schanzlehcarl@aol.com
17cr14047
USA vs. Trader
Fletcher Peacock, Emily Smachetti
Carl Schanzleh
09-29-17
```