

# Department of the Treasury
### Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| | |
|---|---|
| **PLAINTIFF** United States of America | **COURT CASE NUMBER** 17-14047-CR-MIDDLEBROOKS |
| **DEFENDANT** Scott Joseph Trader | **TYPE OF PROCESS** Final Order of Forfeiture |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE.
SEE BELOW
ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
c/o ICE

**SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW**
Antonia J. Barnes, AUSA
U.S. Attorney's Office
500 S. Australian Avenue
Suite 400
West Palm Beach, FL 33401

NUMBER OF PROCESS TO BE SERVED IN THIS CASE: 1
NUMBER OF PARTIES TO BE SERVED IN THIS CASE: 1
CHECK BOX IF SERVICE IS ON USA: 

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Agency #: FP07QR17FP0003   FPF#: 2017520500002301
- One (1) Samsung SM-G920T smartphone. (17-ICE-001515)
- One (1) LG G6 smartphone.
- One (1) 16GB San Disk SD card.
- One (1) WD My Passport Ultra external hard drive.
- One (1) Samsung SGH-T999 smartphone.
- Nine (9) media storage cards, consisting of two SD cards, four micro SD cards, and three SIM cards.
- One (1) Toshiba C655D-S5202 Laptop Computer.

Signature of Attorney or other Originator requesting service on behalf of: ☑ Plaintiff  ☐ Defendant
/s/ Antonia J. Barnes
TELEPHONE NO. (561) 820-8711
DATE 1/8/18

---

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated.
District of Origin No. 04
District to Serve No. 04
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: [signature]
DATE: 1.10.18

I HEREBY CERTIFY AND RETURN THAT ☑ PERSONALLY SERVED, ( ) HAVE LEGAL EVIDENCE OF SERVICE ☑ HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

ADDRESS: (Complete only if different than shown above)
505 S. 2nd St.
Suite 100
Ft. Pierce, FL 34950

DATE OF SERVICE: 1.16.18
TIME OF SERVICE: 11:25 ☒ AM ☐ PM
SIGNATURE, TITLE AND TREASURY AGENCY: [signature], Special Agent, HSI

**REMARKS:** Served on property in evidence at HSI Ft. Pierce.

TD F 90-22.48 (6/96)