**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 2:17-cr-14047-DMM**

**UNITED STATES OF AMERICA,**

    v.

**SCOTT JOSEPH TRADER.**
_____/

**GOVERNMENT'S NOTICE REGARDING RESTITUTION**

The United States of America respectfully requests that this Court cancel the restitution hearing set for March 1, 2018 at 10:00 a.m. The government has consulted with the victims and is not seeking restitution in this case. The undersigned has consulted with the Defendant's attorney of record, and he has no objection to cancelling the hearing.

Accordingly, it is respectfully requested that the Court cancel the restitution hearing as no restitution is being sought.

                              Respectfully submitted,

                              BENJAMIN G. GREENBERG
                              UNITED STATES ATTORNEY

            By:  /s/ Marton Gyires
                  MARTON GYIRES
                  ASSISTANT UNITED STATES ATTORNEY
                  A#5501696
                  Email: marton.gyires@usdoj.gov
                  United States Attorney's Office
                  101 South U.S. Hwy. 1, Ste. 3100
                  Fort Pierce, Florida 34950
                  Telephone: 772-293-0952
                  Facsimile: 772-466-1020
                  Email: Marton.Gyires@usdoj.gov
                  Fort Pierce, Florida 34950
                  Telephone: 772-466-0899

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will transmit notification to all parties of record.

                                            BENJAMIN G. GREENBERG
                                            UNITED STATES ATTORNEY

By:  /s/ Marton Gyires
      MARTON GYIRES
      ASSISTANT UNITED STATES ATTORNEY
      A#5501696
      Email: marton.gyires@usdoj.gov
      United States Attorney's Office
      101 South U.S. Hwy. 1, Ste. 3100
      Fort Pierce, Florida 34950
      Telephone: 772-293-0952
      Facsimile: 772-466-1020
      Email: Marton.Gyires@usdoj.gov
      Fort Pierce, Florida 34950
      Telephone: 772-466-0899