UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STEVEN M. LARIMORE
Clerk of Court

Appeals Section

FILED by _____ D.C.
SEP 20 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Date: 9/20/2018

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

ROA

IN RE: District Court No: 17-14047-CR DMM

U.S.C.A No: 17-15611-BB

Style: TRADER V USA

CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

- 0 Volume(s) of pleadings
- 0 Volume(s) of Transcripts
- X Exhibits: 0 boxes; 1 folders;
  0 envelopes; 0 PSIs (sealed)
  ☐ other: _____
  ☐ other: _____
- ☑ Other: 1 ACC. FOLDER CONTAINING DE# 39, GOV'T EX.#1 CD
- ☐ Other: _____

Sincerely,

Steven M. Larimore, Clerk of Court

By: *Hope Hill*
Deputy Clerk

Attachment
c: court file

S/F A-15
Rev. 10/94

☒ 400 N. Miami Avenue
Miami, Fl 33128-7716
305-523-5080

☐ 299 E. Broward Boulevard
Ft. Lauderdale, Fl 33301
954-769-5413

☐ 701 Clematis Street
West Palm Beach, Fl 33401
561-803-3408

APPEAL,CLOSED,REF_PLEA,SMM

# U.S. District Court
## Southern District of Florida (Ft Pierce)
### CRIMINAL DOCKET FOR CASE #: 2:17-cr-14047-DMM-1
### Internal Use Only

Case title: USA v. Trader
Magistrate judge case number: 2:17-mj-00060-WM

Date Filed: 06/13/2017
Date Terminated: 12/08/2017

Assigned to: Judge Donald M. Middlebrooks
Referred to: Magistrate Judge Shaniek M. Maynard

Appeals court case number: 17-15611-B

## Defendant (1)

**Scott Joseph Trader**
16118-104
*ENGLISH; DOB:1985*
*TERMINATED: 12/08/2017*

represented by **Noticing FPD-FTP**
Email: ftp_ecf@fd.org
*TERMINATED: 06/02/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender Appointment*

**Fletcher Peacock**
Federal Public Defender's Office
109 North 2nd Street
Fort Pierce, FL 34950
772-489-2123
Fax: 772-489-3997
Email: fletcher_peacock@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender Appointment*

### Pending Counts

COERCION OR ENTICEMENT FEMALE
(1)

[Stamp: Certified to be a true and correct copy of the document on file. Steven M. Larimore, Clerk, U.S. District Court, Southern District of Florida. By: Hope H___ Deputy Clerk. Date 9/20/18]

### Disposition

IMPRISONMENT: Life. This term consists of Life as to Count 1, 240 months as to Counts 2 and 3 and 360

| | |
|---|---|
| ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO<br>(2-3) | months as to each of Counts 4 and 5, all to be served concurrently. SUPERVISED RELEASE: Life. This term consist of Life as to each of Counts 1 through 5, to run concurrently.<br><br>IMPRISONMENT: Life. This term consists of Life as to Count 1, 240 months as to Counts 2 and 3 and 360 months as to each of Counts 4 and 5, all to be served concurrently. SUPERVISED RELEASE: Life. This term consist of Life as to each of Counts 1 through 5, to run concurrently. |
| SELLING OR BUYING OF CHILDREN<br>(4-5) | IMPRISONMENT: Life. This term consists of Life as to Count 1, 240 months as to Counts 2 and 3 and 360 months as to each of Counts 4 and 5, all to be served concurrently. SUPERVISED RELEASE: Life. This term consist of Life as to each of Counts 1 through 5, to run concurrently. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:2252A.F Receiving and Distributing Material Involving the Sexual Exploitation of Minors. 18:2251.F Employing, Using, Persuading, Inducing, Enticing or Coercing a Minor to Engage in Sexually Explicit Activity for the Purpose of Producing any Visual Depiction of Such Conduct. | IMPRISONMENT: Life. This term consists of Life as to Count 1, 240 months as to Counts 2 and 3 and 360 months as to each of Counts 4 and 5, all to be served concurrently. SUPERVISED RELEASE: Life. This term consist of Life as to each of Counts 1 through 5, to run concurrently. |

<u>Plaintiff</u>

USA            represented by    **Marton Gyires**
US Attorney's Office
101 South Highway 1
Suite 3100
Fort Pierce, FL 34950
772-293-0952
Fax: 772-595-3606
Email: marton.gyires@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Antonia J. Barnes**
United States Attorney's Office
500 South Australian Avenue
Suite 400
West Palm Beach, FL 33401
561-820-8711
Fax: 655-9785
Email: antonia.barnes@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/07/2017 | 39 | EXHIBIT LIST from Sentencing held on 12/7/2017 by USA and Scott Joseph Trader as to Scott Joseph Trader. (gp) (Entered: 12/07/2017) |