FILED BY_____D.C.

APR 0 7 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 25, 2021

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: **17-15611-DD**
Case Style:  USA v. Scott Trader
District Court Docket No: 2:17-cr-14047-DMM-1

The following record materials in the referenced case are returned herewith:

One Envelope of Exhibits.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Will Miller
Phone #: 404-335-6115

REC-3 Ltr Returning Record to DC

/ ACC. Gov't Exh. # 1 de# 39 (1) CD