**Supreme Court of the United States
Office of the Clerk
Washington, DC 20543-0001**

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 4, 2021

Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

17-14047-CR DMM

Re:   Scott Trader
       v. United States
       No. 21-5323
       (Your No. 17-15611)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*Scott S. Harris*, Clerk

[Stamp: FILED BY HH D.C. Oct 8, 2021 ANGELA E. NOBLE CLERK U.S. DIST. CT. S. D. OF FLA. - MIAMI]