UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CR-14047-DMM

UNITED STATES OF AMERICA

Plaintiff(s),

vs.

SCOTT JOSEPH TRADER

Defendant(s).
_____/

FILED BY _____ D.C.

DEC 17 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

### RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives

Item Nos. _____

☐ Oversize records (larger than 10" x 12" x 15")

Item Nos. _____

☐ Stored by Records Section in: ☐ Miami ☐ FTL ☐ WPB

☑ Other (Explain): SENTENCING EXHIBITS One (1) CD

☐ Attachments
(Exhibit list, Order of Court)

Signature: _____
Print Name: Shanai Spires
Agency or Firm: U.S. Attorney's Office
Address: 500 S. Australian Ave St 400

Exhibits Released by:
_____
(Deputy Clerk)

Telephone: 561-209-1033
Date: 12/17/2021

ORIGINAL - Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record